# Exhibit 2

4/23/2018                                                                          Gmail - Fwd: FW: *Confidential: Re: The Process for RA

 Gmail                                                                                                                                  Al Paiz <aprrtx@gmail.com>

## Fwd: FW: *Confidential: Re: The Process for RA
1 message

**Titon Hoque <hoquet@gmail.com>**  Mon, Apr 23, 2018 at 10:13 AM
To: aprrtx@gmail.com

---------- Forwarded message ----------
From: Titon Hoque <Titon.Hoque@ibm.com>
Date: Fri, Apr 20, 2018 at 11:36 AM
Subject: FW: *Confidential: Re: The Process for RA
To: hoquet@gmail.com

From: Karima Johnson [mailto:karimaj@us.ibm.com]
Sent: Wednesday, February 28, 2018 9:03 AM
To: Titon Hoque <Titon.Hoque@ibm.com>
Subject: *Confidential: Re: The Process for RA

Understood. And their is both Q&A as well as education for the process.

I know you received the email with those links. Have you looked at them?

I know this is all new to you so perhaps a good idea.

Best Regards,

Karima (Kari) Johnson
Senior Manager
573-219-5441 Office
karimaJ@us.ibm.com

IBM Services

Titon Hoque---02/28/2018 08:59:50 AM---Hi Kari,

From: Titon Hoque/US/IBM
To: Karima Johnson/Columbia/IBM@IBMUS
Date: 02/28/2018 08:59 AM
Subject: The Process for RA

---

Hi Kari,

It has been tough going through this process over the last few weeks. The complaint that I have with this process is that we identified names of people prior to actually going through the exercise to identify resources based on some sort of criteria. This process seems to impact those that are less performing than other resources, but we don't actually give them the opportunity to improve their performance. It seems we are finding an identification methodology for people that have already been selected. I understand that we are moving very quickly and it is what it is. I don't necessarily need an answer or clarification, I just wanted to be aware that I had a difficult time following this process.

Thanks
Titon Hoque
Manager
GTS Middleware and Database Services
651-955-6190 mobile
titon.hoque@ibm.com

IBM Services