# Exhibit 3



**Update**
Clifford Leary    to: Chris Mancuso                                       02/06/2018 09:45 AM

History:         This message has been replied to.

Hi Chris,

Looked for you on-line. We've hit a roadblock. HR won't share any detail with me, but have told me that you're not eligible to move into my role. Reading between the lines, I think that the share of our population that received "the letter" from Stephen Leonard late last year are being kept from transferring out of their current roles through 1H, so that they can show an improved attainment/outcome before being eligible for new roles. Again, that's based on my own speculation--but I'm pretty confident that's what's happening.

I'm very disappointed--I really wanted to have you here on my team. If I get anything more specific back from HR in the next day or two I'll let you know. Otherwise, I hate to do it but I'll need to act on an alternate candidate.

Jay

**C. (Jay) Leary**
North America Business Partner Sales

Phone: 1-720-430-7784 | Mobile: 1-763-350-8233
E-mail: jleary@us.ibm.com