# Exhibit 4

Case 1:20-cv-00969-LY   Document 5-4   Filed 10/07/20   Page 2 of 8

http://ibmcai.com/2014/12/16/reinvention-in-the-age-of-the-millennial/   Go   DEC JAN FEB
◀ 01 ▶
236 captures
24 Dec 2014 – 15 Sep 2020
2014 2015 **2016**   ▼ About this capture

(https://web.archive.org/web/20150101205546/http://ibmcai.com/)

# Reinvention in the Age of the Millennial (https://web.archive.org/web/20150101205546/http://ibmcai.com/2014/12/16/reinvention-in-the-age-of-the-millennial/)

POSTED ON 16-DEC-2014 (HTTPS://WEB.ARCHIVE.ORG/WEB/20150101205546/HTTP://IBMCAI.COM/2014/12/16/REINVENTION-IN-THE-AGE-OF-THE-MILLENNIAL/)   UPDATED ON 16-DEC-2014 (HTTPS://WEB.ARCHIVE.ORG/WEB/20150101205546/HTTP://IBMCAI.COM/2014/12/16/REINVENTION-IN-THE-AGE-OF-THE-MILLENNIAL/)



(https://web.archive.org/web/20150101205546/https://ibmcai.files.wordpress.com/2014/12/ibmillenial_avatar.jpg)On December 10, 2014, IBM and clients convened in New York City for "Reinvention in the Age of the Millennial (https://web.archive.org/web/20150101205546/http://themillennialexperience.weebly.com/about.html)," a gathering of technology, media, and industry visionaries to discuss how to engage this soon-to-be trillion dollar market. According to Gartner, by 2025, up to 75 percent of the global workforce will be Millennials (https://web.archive.org/web/20150101205546/https://www.gartner.com/doc/2413415/generation-y-reinvent-outsourcing). And companies are racing to try to meet this demographic shift.

Connected, directionless, collaborative, narcissistic, idealistic, deeply self-entitled, impatient, expert multitaskers, tech-savvy. Stereotypes about Millennials – broadly defined as people born between the early 1980s and 2000 – abound, frequently contradict and are often based on misunderstood research and media amplification.

711369_orig (https://web.archive.org/web/20150101205546
Panel discussion at the event

The goals of the event were to steer the conversation well past such stereotypes by bringing industry influencers spanning multiple generations together, and through a collaborative, co-creation approach, identify ways that companies can better embrace the "Millennial mindset." My colleagues at IBM recognize that our future growth will be influenced by the values system of Millennials, who prize attributes such as user experience, connection and authenticity, and, increasingly, will be the ones making major corporate purchasing decisions. The same can be said for our clients. Consequently, the team saw it as an imperative to include Millennial speakers and facilitators, and infuse collaborative, open, insightful and fun "personality traits" into the event.

The first half of the day was packed with rich insights from wide a range of speakers. To source a few points from the Twittersphere:

○ Follow

Follow "IBM Center for Applied

Case 1:20-cv-00969-LY Document 5-4 Filed 10/07/20 Page 3 of 8

http://ibmcai.com/2014/12/16/reinvention-in-the-age-of-the-millennial/ [Go] DEC JAN FEB
◀ 01 ▶
236 captures
24 Dec 2014 – 15 Sep 2020
2014 2015 **2016**    ▽ About this capture

#IBMillennial (https://web.archive.org/web/20150101205546/https://twitter.com/search?q=%23IBMillennial&src=typd)

Join 157 other followers

✓ (https://web.archive.org/web/20150101205546/https://ibmcai.files.wordpress.com/2014/12/bluecheck-e1418064732719.png)Pre-cation is a rising cultural trend for 2015 – 2 weeks of paid vacation before you start a new job – @akajuansmith (https://web.archive.org/web/20150101205546/https://twitter.com/akajuansmith) #IBMillennial (https://web.archive.org/web/20150101205546/https://twitter.com/search?src=typd&q=%23IBMillennial)

Enter your email address

Sign me up

✓ (https://web.archive.org/web/20150101205546/https://ibmcai.files.wordpress.com/2014/12/bluecheck-e1418064732719.png)MTV polled #millennials and found that GenY thought it was cooler to be a nerd vs. a jock. – @Grady_IV (https://web.archive.org/web/20150101205546/https://twitter.com/Grady_IV) #IBMillennial (https://web.archive.org/web/20150101205546/https://twitter.com/search?src=typd&q=%23IBMillennial)

Build a website with WordPress.com (https://web.archive.org/web/20150101205546/https://wordpress.com/?ref=lof)

✓ (https://web.archive.org/web/20150101205546/https://ibmcai.files.wordpress.com/2014/12/bluecheck-e1418064732719.png)"All millennials' problems can be solved with their smartphones- and that's why this is the first global generation" – @KATontap (https://web.archive.org/web/20150101205546/https://twitter.com/KATontap) #IBMillennial (https://web.archive.org/web/20150101205546/https://twitter.com/search?src=typd&q=%23IBMillennial)

✓ (https://web.archive.org/web/20150101205546/https://ibmcai.files.wordpress.com/2014/12/bluecheck-e1418064732719.png)The core, essential component that millennials want in an employer and a brand is TRUST. – @IBMSocialBiz (https://web.archive.org/web/20150101205546/https://twitter.com/IBMSocialBiz) #IBMillennial (https://web.archive.org/web/20150101205546/https://twitter.com/search?src=typd&q=%23IBMillennial)

🖼 millenial quote-Samantha Klein (https://web.archive.org/web/20150101205546/https://ibmcai.files.wordpress.com/2014/12/millenial-quote-samantha-klein.jpg)

In the afternoon, the conversation shifted to what marketing and HR professionals can do to better engage Millennials as consumers and employees. The conversation, captured in the moment by a graphic designer, speaks to (among other things) the need for marketers to be authentic, relevant, always open, and to go where Millennials go.

🖼 Click to enlarge (https://web.archive.org/web/20150101205546/
Click graphic to enlarge

What about for HR professionals? Participants in this session worked in small groups to brainstorm ideas for hiring and retaining Millennials, rank them, and as a larger group, come up with common themes. These ranged from opportunities to lead highly strategic projects with their peers, to broad access to tools and educational programs, to transparency in hiring and evaluations, to executive access. Although these may seem like a tall order to fill, as IBM Brand Strategist Bill Grady emphasized, "What's good for Millennials is good for everyone." This seems like something every company should consider.

For more information about the event, check out The Millennial Experience (https://web.archive.org/web/20150101205546/http://themillennialexperience.weebly.com/) website and follow the recent conversation on Twitter at #IBMillennial (https://web.archive.org/web/20150101205546/https://twitter.com/search?src=typd&q=%23IBMillennial). For additional materials on cultural relevance in 2015, check out this A-Z Cultural Glossary of 2015 (https://web.archive.org/web/20150101205546/http://www.slideshare.net/sparksandhoney/az-culture-glossary-of-2015) from Sparks and Honey.

○ Follow

Follow "IBM
Center for Applied

**Related:**

- It's not what you know, it's what you share (https://web.archive.org/web/20150101205546/http://ibmcai.com/2014/11/12/its-not-what-you-know-its-what-you-share-ibm-social-business-post/)

- Generation D leads with data and analytics (https://web.archive.org/web/20150101205546/http://ibmcai.com/2014/11/03/generation-d-leads-data-analytics/)

- The Internet of Things (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/horizonwatchingiot/)

Join 157 other followers

Enter your email address

Sign me up

Build a website with WordPress.com (https://web.archive.org/web/20150101 ref=lof)

## Share this:

in LinkedIn (https://web.archive.org/web/20150101205546mp_/http://ibmcai.com/2014/12/16/reinvention-in-the-age-of-the-millennial/?share=linkedin&nb=1)

🐦 Twitter (https://web.archive.org/web/20150101205546mp_/http://ibmcai.com/2014/12/16/reinvention-in-the-age-of-the-millennial/?share=twitter&nb=1)

f Facebook (https://web.archive.org/web/20150101205546mp_/http://ibmcai.com/2014/12/16/reinvention-in-the-age-of-the-millennial/?share=facebook&nb=1)

8+ Google (https://web.archive.org/web/20150101205546mp_/http://ibmcai.com/2014/12/16/reinvention-in-the-age-of-the-millennial/?share=google-plus-1&nb=1)

Reddit (https://web.archive.org/web/20150101205546mp_/http://ibmcai.com/2014/12/16/reinvention-in-the-age-of-the-millennial/?share=reddit&nb=1)

More

Loading...

This entry was posted in Business Leader (https://web.archive.org/web/20150101205546/http://ibmcai.com/category/see-insights-by/role/business-leader/), Social Business (https://web.archive.org/web/20150101205546/http://ibmcai.com/category/see-insights-by/topic/social-business/) and tagged #GenZ (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/genz/), #IBMillennial (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/ibmillennial/), customer experience (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/customer-experience/), event (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/event/), generation Y (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/generation-y/), GenY (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/geny/), HR recruiting (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/hr-recruiting/), marketing (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/marketing-2/), millenial (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/millenial/), millenial mindset (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/millenial-mindset/), Reinvention in the Age of the Millennial (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/reinvention-in-the-age-of-the-millennial/),

Follow

Follow "IBM Center for Applied

← Greetings from the cloud – CIO Postcard #CloudBound Quote (https://web.archive.org/web/20150101205546/http://ibmcai.com/2014/12/15/greetings-from-the-cloud-cio-postcard-cloudbound-quote-4/)

Four key trends for retailers to understand this season →

## Leave a Reply

Enter your comment here...

Enter your email address

Sign me up

Build a website with WordPress.com (https://web.archive.org/web/20150101 ref=lof)

Search

## Author:



Krista Sande-Kerback
Business Intelligence Analyst - Market Development Insights

## Stay Connected

 (https://web.archive.org/web/20150101205546/https://www.ibm.com/ibmcai)

(https://web.archive.org/web/20150101205546/https://www.youtube.com/user/IBMCAI/featured) 

(https://web.archive.org/web/20150101205546/http://www.pinterest.com/ibmcai/) 

(https://web.archive.org/web/20150101205546/http://www.twitter.com/IBMCAI) 

(https://web.archive.org/web/20150101205546/http://ibmcai.wordpress.com/feed/)

## Global Settings

Language Selection (https://web.archive.org/web/20150101205546/http://ibmcai.wordpress.com/pick-your-language/)

Follow

Follow "IBM Center for Applied

to your inbox.

Enter your email address

Join 157 other followers

Enter your email address

[Follow]

Sign me up

## Tags

Build a website with WordPress.com (https://web.archive.org/web/20150101...)

#fridayfun (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/fridayfun/) #IBMBTT (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/ibmbtt/) analytics (https://web.archive.org/web/20150101205546/http://ibmcai.com/...) announcement (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/announcement/) big data (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/big-data/) btt (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/btt/) business tech trends (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/business-tech-trends/) CDO (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/cdo/) CIO (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/cio/) Cloud (https://web.archive.org/web/20150101205546/http://ibmcai.co...) cloud computing (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/cloud-computing/) customer experience (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/customer-experience/) datagram (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/datagram/) datagrams (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/datagrams/) data visualization (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/data-visualization/) dataviz (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/dataviz/) education (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/education/) ibm (https://web.archive.org/web/20150101205546/http://...) ibm business tech trends (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/ibm-business-tech-trends/) IBMCAI (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/ibmcai/) ibm study (https://web.archive.org/web/20150101205546/http://ibmcai.c...study/) ibm tech trends (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/ibm-tech-trends/) infographic (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/infograp...) innovation (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/innovation/) it

⊙ Follow

Follow "IBM Center for Applied

http://ibmcai.com/2014/12/16/reinvention-in-the-age-of-the-millennial/ | Go | DEC JAN FEB
◀ 01 ▶
236 captures
24 Dec 2014 - 15 Sep 2020
2014 2015 **2016**   ▽ About this capture

(https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/memes/) mobile (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/mobile-2/) quote (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/quote/) quotes (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/quotes/) research (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/research/) SaaS (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/saas/) security (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/security-2/) skills (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/skills/) social (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/social/) social business (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/social-business-2/) technology trends (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/technology-trends/) tech skills (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/tech-skills/) tech trends (https://web.archive.org/web/20150101205546/http://ibmcai.com/tag/tech-trends-2/)

## Authors

(https://web.archive.org/web/20150101205546/http://ibmcai.com/author/afether/)

(https://web.archive.org/web/20150101205546/http://ibmcai.com/author/ailowite/)

(https://web.archive.org/web/20150101205546/http://ibmcai.com/author/angeliamuller/)

(https://web.archive.org/web/20150101205546/http://ibmcai.com/author/caitlinhalferty/)

(https://web.archive.org/web/20150101205546/http://ibmcai.com/author/cortniea/)

(https://web.archive.org/web/20150101205546/http://ibmcai.com/author/cpanull/)

(https://web.archive.org/web/20150101205546/http://ibmcai.com/author/defranks/)

(https://web.archive.org/web/20150101205546/http://ibmcai.com/author/djarvisblog/)

(https://web.archive.org/web/20150101205546/http://ibmcai.com/author/ibmcai/)

(https://web.archive.org/web/20150101205546/http://ibmcai.com/author/jyamamot/)

(https://web.archive.org/web/20150101205546/http://ibmcai.com/author/kamatthe/) Follow

Follow "IBM Center for Applied

(https://web.archive.org/web/20150101205546/http://ibmcai.com/author/leonardlee13/)

(https://web.archive.org/web/20150101205546/http://ibmcai.com/anthonyleslieandrejohn/)

(https://web.archive.org/web/20150101205546/http://ibmcai.com/author/mmcnamee2014/)

(https://web.archive.org/web/20150101205546/http://ibmcai.com/author/renarasch/)

(https://web.archive.org/web/20150101205546/http://ibmcai.com/author/shujain3/)

(https://web.archive.org/web/20150101205546/http://ibmcai.com/author/susannehupfercai/)

(https://web.archive.org/web/20150101205546/http://ibmcai.com/author/wharriso/)

(https://web.archive.org/web/20150101205546/http://ibmcai.com/author/whchamb/)

Join 157 other followers

[ Sign me up ]

Build a website with WordPress.com (https://web.archive.org/web/20150101 ref=lof)

# Follow Us on Twitter

My Tweets

# Archives

Select Month ▾

BLOG AT WORDPRESS.COM (HTTPS://WEB.ARCHIVE.ORG/WEB/20150101205546/HTTPS://WORDPRESS.COM/?REF=FOOTER_BLOG).

THE EVENTBRITE MULTI EVENT THEME
(HTTPS://WEB.ARCHIVE.ORG/WEB/20150101205546/HTTPS://WORDPRESS.COM/THEMES/EVENTBRITE-MULTI/).

WE TEAMED UP WITH EVENTBRITE
(HTTPS://WEB.ARCHIVE.ORG/WEB/20150101205546/HTTP://EVENTBRITE.COM/L/WORDPRESS?REF=WPFOOTER)

⊙ Follow

Follow "IBM
Center for Applied