IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CHARLES TOWNSLEY, MICHAEL SAURO, WALTER NOFFSINGER, ROSA DAVIDSON, MICHAEL KELLY, TITON HOQUE, JANET GELPHMAN, THANH DO,<br><br>    Plaintiffs,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>    Defendant. | Case No. 1:20-cv-00969-LY |

**DEFENDANT'S OPPOSED MOTION
TO MAINTAIN CONFIDENTIALITY DESIGNATIONS**

# EXHIBIT 1

# Declaration of Edward M. "Ted" Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CHARLES TOWNSLEY, MICHAEL SAURO, WALTER NOFFSINGER, ROSA DAVIDSON, MICHAEL KELLY, TITON HOQUE, JANET GELPHMAN, THANH DO,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant. | Case No. 1:20-cv-00969-LY |

**DECLARATION OF EDWARD M. "TED" SMITH**

I, Edward M. "Ted" Smith, declare and state as follows:

1. I am a Partner in the law firm of Cornell Smith Mierl Brutocao Burton, LLP, located at 1607 West Avenue, Austin, Texas 78701. My Texas State Bar No. is 00791682. I am one of the attorneys representing Defendant International Business Machines Corporation ("IBM") in the above-captioned matter. I submit this declaration in support of Defendant's Opposed Motion to Maintain Confidentiality Designations ("Motion").

2. I make this statement based on my personal knowledge. If called as a witness, I could and would competently testify to the facts contained herein.

3. On January 7, 2021, Plaintiffs served IBM with Plaintiffs' First Requests for Production to Defendant, which consisted entirely of requests for documents that hit on certain search terms from IBM executives' emails, including the former Chief Executive Officer; the current Chief Executive Officer and former Senior Vice President for the Cloud group; the former Chief Human Resources Officer; the current Chief Financial Officer; the former Senior

Vice President, Corporate Strategy; the former Senior Vice President, IBM Global Markets and former Chief Financial Officer; and a Vice President of Human Resources.

4.   While the documents requested did not relate to any of the Plaintiffs, in order to avoid a dispute, IBM agreed to produce them subject to a carveout for entirely irrelevant categories of documents such as, for example, executives' medical information, personal communications, and client disputes. IBM subsequently produced over 36,000 documents responsive to the requests.

5.   On February 8, 2021, the parties agreed to the entry of this District's standard Confidentiality and Protective Order (Dkt. 35) ("Protective Order"). The Protective Order is substantially in the form of Appendix H to the Local Rules of the United States District Court for the Western District of Texas.

6.   The Protective Order contemplates four levels of designation: *Nonclassified Information*, *Classified Information* (herein referred to as "Confidential"), *For Counsel or Attorneys Eyes Only* (herein referred to as "AEO"), and *Ultrasensitive*.

7.   On July 1, 2021, Plaintiffs' counsel sent me a letter stating that Plaintiffs objected to IBM's confidentiality designations of 68 specified documents (Plaintiffs described the number challenged as 60 documents, but upon a review of the documents IBM determined there were 68 unique documents at issue). Of the 68 challenged documents, 37 had been produced by IBM with a "Confidential – Attorneys' Eyes Only" designation and 31 were produced with a "Confidential" designation.

8.   In response to the letter, IBM conducted an extensive review of the challenged documents. Based on that review, on July 23, 2021, IBM responded to Plaintiffs by agreeing to remove six confidentiality designations entirely and lower 36 AEO designations to Confidential.

After that review, only one document remained classified as AEO. IBM also attached an itemized chart to its July 23, 2021 letter detailing the legal grounds under the Protective Order for its respective designations for each challenged document, as well as its modified designations for certain documents.

9. By letter dated August 13, 2021, Plaintiffs' counsel responded to IBM's July 23, 2021 letter. In that letter, Plaintiffs' counsel again requested that IBM completely de-designate all 62 remaining documents. Plaintiffs' August 13 letter did not substantively respond to any of IBM's detailed and particularized explanations for its designations of the remaining 62 documents. Plaintiffs simply reiterated their request that all 62 documents be de-designated, citing a purported need for de-designation because of the "transition into depositions," and claiming that IBM's designations were solely to avoid "public scrutiny of embarrassing evidence." By the same letter, Plaintiffs formally notified IBM of their challenge to the designations of all documents referenced in Plaintiffs' initial letter under paragraph 11 of the Protective Order.

10. On August 18, 2021, IBM sent Plaintiffs a letter inviting them to respond in a more substantive manner, on a document-by-document basis, to enable a more meaningful informal resolution process and ideally avoid or narrow the scope of the dispute that would need to be brought to the Court.

11. Plaintiffs' counsel responded by letter dated August 20, 2021, declining IBM's request to address its designations on a more particularized basis and confirming the need for a judicial ruling. Despite all this, as well as a further meet and confer between counsel by videoconference, Plaintiffs' counsel have insisted on judicial resolution.

12.     With regard to the documents at issue, Defendant IBM has set forth in the Motion that it will provide the documents for *in camera* review should the Court wish to review them at this time.  In addition, contemporaneously with the Motion, IBM is also submitting a declaration from Sam Ladah, the current HR Vice President for IBM Global Markets, and former HR Vice President for IBM Global Technology Services, IBM Cloud, and IBM's Talent group, among other positions.  Mr. Ladah's declaration explains in greater detail IBM's bases for its confidentiality designations for many of the challenged documents and similar documents, which are divided into several categories.  These categories are: Business Group Planning, Communication Strategy, Competitive Analysis, Contracting, Employee Compensation, Headcount Reductions, Hiring, People Statistics, Performance Management, Retention, Skill Mix, and Skills Initiatives.  For the Court's convenience, attached to this declaration as Exhibit A is a version of the chart IBM sent to Plaintiffs on July 23, 2021, modified to show IBM's original and modified designations, as well as the categories into which each challenged document falls, as set forth in Mr. Ladah's declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 27, 2021
         Austin, Texas

_____
Edward M. "Ted" Smith

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| CHARLES TOWNSLEY, MICHAEL SAURO, WALTER NOFFSINGER, ROSA DAVIDSON, MICHAEL KELLY, TITON HOQUE, JANET GELPHMAN, THANH DO, <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant. | Case No. 1:20-cv-00969-LY |

**DEFENDANT'S OPPOSED MOTION**
**TO MAINTAIN CONFIDENTIALITY DESIGNATIONS**

# EXHIBIT A
# to the Declaration of Edward M. "Ted" Smith

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Bates # | IBM's Original Confidentiality Designation | IBM's Modified Designation | Category | Corresponding Ladah Declaration Paragraph |
| 2 | IBMK - 000093260 – 000093302 | Confidential | Maintain as Confidential. | Business Group Planning | Ladah Dec. ¶ 26 |
| 3 | IBMK-000049841-000049855 | AEO | Maintain as AEO. | Business Group Planning | Ladah Dec. ¶ 26 |
| 4 | IBMK-000073352-000073352 | Confidential | Maintain as Confidential. | Business Group Planning | Ladah Dec. ¶ 26 |
| 5 | IBMK-000093220-000093221 | AEO | Lower to Confidential. | Business Group Planning | Ladah Dec. ¶ 26 |
| 6 | IBMK-000093260-000093261 | Confidential | Maintain as Confidential. | Business Group Planning | Ladah Dec. ¶ 26 |
| 7 | IBMK-000118498-000118499 | AEO | Lower to Confidential. | Business Group Planning | Ladah Dec. ¶ 26 |
| 8 | IBMK-000043859-000043863 | AEO | Lower to Confidential. | Communication Strategy/Other Executive Communications | Ladah Dec. ¶ 27 |
| 9 | IBMK-000067604-000067605 | AEO | Lower to Confidential. | Communication Strategy/Other Executive Communications | Ladah Dec. ¶ 27 |
| 10 | IBMK-000067650-000067651 | AEO | Lower to Confidential. | Communication Strategy/Other Executive Communications | Ladah Dec. ¶ 27 |

1

| Bates # | IBM's Original Confidentiality Designation | IBM's Modified Designation | Category | Corresponding Ladah Declaration Paragraph |
|---|---|---|---|---|
| IBMK-000067652-IBMK-000067653 | AEO | Lower to Confidential. | Communication Strategy/Other Executive Communications | Ladah Dec. ¶ 27 |
| IBMK-000068586-000068587 | AEO | Lower to Confidential. | Communication Strategy/Other Executive Communications | Ladah Dec. ¶ 27 |
| IBMK-000068816-000068817 | AEO | Lower to Confidential. | Communication Strategy/Other Executive Communications | Ladah Dec. ¶ 27 |
| IBMK-000072057-000072060 | Confidential | Maintain as Confidential. | Communication Strategy/Other Executive Communications | Ladah Dec. ¶ 27 |
| IBMK-000089100-000089103 | AEO | Lower to Confidential. | Communication Strategy/Other Executive Communications | Ladah Dec. ¶ 27 |
| IBMK-000091886-000091895 | Confidential | Maintain as Confidential. | Communication Strategy/Other Executive Communications | Ladah Dec. ¶ 27 |
| IBMK-000056472-000056475 | AEO | Lower to Confidential. | Competitive Analysis | Ladah Dec. ¶ 18 |
| IBMK-000064963-IBMK-000064963 | AEO | Lower to Confidential. | Competitive Analysis | Ladah Dec. ¶ 18 |
| IBMK-000064963-IBMK-000064967 | AEO | Lower to Confidential. | Competitive Analysis | Ladah Dec. ¶ 18 |

2

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Bates # | IBM's Original Confidentiality Designation | IBM's Modified Designation | Category | Corresponding Ladah Declaration Paragraph |
| 20 | IBMK-000065323-000065327 | AEO | Lower to Confidential. | Competitive Analysis | Ladah Dec. ¶ 18 |
| 21 | IBMK-000065622-000065624 | AEO | Lower to Confidential. | Competitive Analysis | Ladah Dec. ¶ 18 |
| 22 | IBMK-000071709-000071711 | Confidential | Maintain as Confidential. | Competitive Analysis | Ladah Dec. ¶ 18 |
| 23 | IBMK-000093664-000093666 | AEO | Lower to Confidential. | Competitive Analysis | Ladah Dec. ¶ 18 |
| 24 | IBMK-000133785-000133786 | Confidential | Maintain as Confidential. | Competitive Analysis | Ladah Dec. ¶ 18 |
| 25 | IBMK-000091046-000091047 | AEO | Lower to Confidential. | Contracting | Ladah Dec. ¶ 24 |
| 26 | IBMK-000076921-000076922 | AEO | Lower to Confidential. | Contracting | Ladah Dec. ¶ 24 |
| 27 | IBMK-000041625-000041627 | AEO | Lower to Confidential. | Employee Compensation | Ladah Dec. ¶ 25 |
| 28 | IBMK - 000131861 – 000131862 | Confidential | Maintain as Confidential. | Headcount Reductions | Ladah Dec. ¶ 23 |

3

|    | A | B | C | D | E |
|----|---|---|---|---|---|
| 1 | Bates # | IBM's Original Confidentiality Designation | IBM's Modified Designation | Category | Corresponding Ladah Declaration Paragraph |
| 29 | IBMK-000044836-000044836 | AEO | Lower to Confidential with redactions. | Headcount Reductions | Ladah Dec. ¶ 23 |
| 30 | IBMK-000057028-000057032 | AEO | Lower to Confidential. | Headcount Reductions | Ladah Dec. ¶ 23 |
| 31 | IBMK-000089760-000089762 | Confidential | Maintain as Confidential. | Headcount Reductions | Ladah Dec. ¶ 23 |
| 32 | IBMK-000131861-000131861 | Confidential | Maintain as Confidential. | Headcount Reductions | Ladah Dec. ¶ 23 |
| 33 | IBMK-000000037-000000037 | AEO | Lower to Confidential. | Hiring | Ladah Dec. ¶¶ 15-16 |
| 34 | IBMK-000049913-000049914 | Confidential | Maintain as Confidential. | Hiring | Ladah Dec. ¶¶ 15-16 |
| 35 | IBMK-000049915-000049916 | Confidential | Maintain as Confidential. | Hiring | Ladah Dec. ¶¶ 15-16 |
| 36 | IBMK-000056328-000056330 | Confidential | Maintain as Confidential. | Hiring | Ladah Dec. ¶¶ 15-16 |
| 37 | IBMK-000088551-000088551 | Confidential | Maintain as Confidential. | Hiring | Ladah Dec. ¶¶ 15-16 |

Townsley et al. v. IBM: Document Confidentiality Designation Response Chart

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Bates # | IBM's Original Confidentiality Designation | IBM's Modified Designation | Category | Corresponding Ladah Declaration Paragraph |
| 38 | IBMK-000033476-000033489 | Confidential | Remove Confidentiality Designation. | N/A | N/A |
| 39 | IBMK-000035281-000035282 | Confidential | Remove Confidentiality Designation with redactions. | N/A | N/A |
| 40 | IBMK-000088357-000088357 | Confidential | Remove Confidentiality Designation. | N/A | N/A |
| 41 | IBMK-000093309-000093309 | Confidential | Remove Confidentiality Designation. | N/A | N/A |
| 42 | IBMK-000093310 - IBMK-000093333 | Confidential | Remove Confidentiality Designation. | N/A | N/A |
| 43 | IBMK-000072043-000072053 | Confidential | Remove Confidentiality Designation. | N/A | N/A |
| 44 | IBMK - 000154202 – 000154216 | AEO | Lower to Confidential. | People Statistics | Ladah Dec. ¶ 11 |
| 45 | IBMK-000056610-IBMK-000056611 | AEO | Lower to Confidential. | People Statistics | Ladah Dec. ¶ 11 |
| 46 | IBMK-000088245-000088246 | Confidential | Maintain as Confidential. | People Statistics | Ladah Dec. ¶ 11 |

5

Townsley et al. v. IBM: Document Confidentiality Designation Response Chart

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Bates # | IBM's Original Confidentiality Designation | IBM's Modified Designation | Category | Corresponding Ladah Declaration Paragraph |
| 47 | IBMK-000153457-000153460 | AEO | Lower to Confidential. | People Statistics | Ladah Dec. ¶ 11 |
| 48 | IBMK-000154005-000154006 | AEO | Lower to Confidential. | People Statistics | Ladah Dec. ¶ 11 |
| 49 | IBMK-000154202-000154203 | AEO | Lower to Confidential. | People Statistics | Ladah Dec. ¶ 11 |
| 50 | IBMK-000154515-000154533 | AEO | Lower to Confidential. | People Statistics | Ladah Dec. ¶ 11 |
| 51 | IBMK-000154929-000154937 | AEO | Lower to Confidential. | People Statistics | Ladah Dec. ¶ 11 |
| 52 | IBMK-000148604-000148605 | Confidential | Maintain as Confidential. | People Statistics | Ladah Dec. ¶ 11 |
| 53 | IBMK-000148606-IBMK-000148608 | Confidential | Maintain as Confidential. | People Statistics | Ladah Dec. ¶ 11 |
| 54 | IBMK-000042193-000042202 | Confidential | Maintain as Confidential. | Performance Management | Ladah Dec. ¶ 22 |
| 55 | IBMK-000046900-000046903 | AEO | Lower to Confidential. | Performance Management | Ladah Dec. ¶ 22 |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Bates # | IBM's Original Confidentiality Designation | IBM's Modified Designation | Category | Corresponding Ladah Declaration Paragraph |
| 56 | IBMK-000088252-000088255 | Confidential | Maintain as Confidential. | Performance Management | Ladah Dec. ¶ 22 |
| 57 | IBMK-000133500-000133504 | Confidential | Maintain as Confidential. | Performance Management | Ladah Dec. ¶ 22 |
| 58 | IBMK-000042257-000042267 | AEO | Lower to Confidential. | Retention | Ladah Dec. ¶17 |
| 59 | IBMK-000043301-000043311 | AEO | Lower to Confidential. | Retention | Ladah Dec. ¶17 |
| 60 | IBMK-000146724-000146726 | Confidential | Maintain as Confidential. | Skill Mix | Ladah Dec. ¶ 14 |
| 61 | IBMK - 000131266 – 000131267 | Confidential | Maintain as Confidential. | Skills Initiatives | Ladah Dec. ¶ 21 |
| 62 | IBMK-000034565-000034566 | Confidential | Maintain as Confidential. | Skills Initiatives | Ladah Dec. ¶ 21 |
| 63 | IBMK-000041491-000041492 | Confidential | Maintain as Confidential. | Skills Initiatives | Ladah Dec. ¶ 21 |
| 64 | IBMK-000064829-000064832 | AEO | Lower to Confidential. | Skills Initiatives | Ladah Dec. ¶ 21 |

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Bates # | IBM's Original Confidentiality Designation | IBM's Modified Designation | Category | Corresponding Ladah Declaration Paragraph |
| 65 | IBMK-000065442-000065446 | AEO | Lower to Confidential. | Skills Initiatives | Ladah Dec. ¶ 21 |
| 66 | IBMK-000065453-000065458 | AEO | Lower to Confidential. | Skills Initiatives | Ladah Dec. ¶ 21 |
| 67 | IBMK-000088516-000088517 | AEO | Lower to Confidential. | Skills Initiatives | Ladah Dec. ¶ 21 |
| 68 | IBMK-000131262-000131265 | Confidential | Maintain as Confidential. | Skills Initiatives | Ladah Dec. ¶ 21 |
| 69 | IBMK-000152339-000152341 | AEO | Lower to Confidential with redactions. | Skills Initiatives | Ladah Dec. ¶ 21 |