IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHARLES TOWNSLEY, MICHAEL SAURO, WALTER NOFFSINGER, ROSA DAVIDSON, MICHAEL KELLY, TITON HOQUE, JANET GELPHMAN and THANH DO<br>  Plaintiffs,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br>  Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br><br><br>Civil Action No.: 1:20-cv-00969<br><br><br>JURY TRIAL DEMANDED |

**ORDER DENYING DEFENDANT'S MOTION TO MAINTAIN CONFIDENTIALITY DESIGNATIONS**

CAME ON this day to be heard Defendant IBM's Motion to Maintain Confidentiality Designations. After considering said motion and the response of Plaintiffs, the Court is of the opinion that the Motion should be DENIED.

It is therefore, ORDERED, ADJUDGED AND DECREED that the documents referenced in Defendant IBM's Motion to Maintain Confidentiality are de-designated, and no longer deemed "Classified" under the Agreed Protective Order.

SIGNED this _____ day of _____, 2021.

                     _____
                     DUSTIN M. HOWELL
                     UNITED STATES MAGISTRATE JUDGE