IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHARLES TOWNSLEY, MICHAEL SAURO, WALTER NOFFSINGER, ROSA DAVIDSON, MICHAEL KELLY, TITON HOQUE, JANET GELPHMAN, THANH DO, | § § § § § § | |
| Plaintiffs | § § | |
| v. | § § | NO. 1:20-CV-00969-LY |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | § § § § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant's (IBM) Opposed Motion to Maintain Confidentiality Designations, Dkt. 59. Plaintiffs responded to IBM's motion, Dkt. 64; IBM replied, Dkt. 66; and, at the Court's direction, the parties filed Joint Advisory setting out the results of conferences they held in advance of the hearing on IBM's motion, Dkt. 68. That advisory noted that of the 60+ challenged designations identified in IBM's motion, 42 remained in dispute awaiting the Court's resolution. Dkt. 68, at 2-3. The Court held a hearing on the motion on October 12, 2021. Dkt. 69.

For the reasons stated on the record in that hearing, the Court hereby **GRANTS** IBM's motion to maintain the confidentiality designations of the documents identified in the parties' joint advisory. During the hearing, Plaintiffs raised a potential issue with a table that IBM supplementally produced prior to the

1

hearing. IBM designated the table "attorneys' eyes only," though the email to which it was attached was designated as confidential. The Court instructed the parties to confer on that designation and, if a dispute remains regarding the designation, the parties will raise the issue in writing with the Court.

**IT IS SO ORDERED.**

Signed October 12, 2021.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE