IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CHARLES TOWNSLEY, MICHAEL SAURO, WALTER NOFFSINGER, ROSA DAVIDSON, MICHAEL KELLY, TITON HOQUE, JANET GELPHMAN, THANH DO<br><br>Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant. | §§§§§§§§§§§§§§§§ Civil Action No.: 1:20-cv-00969-LY |

**PLAINTIFFS' UNOPPOSED MOTION TO FILE EXHIBITS UNDER SEAL IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THE MOTION TO COMPEL DISCOVERY**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs, Charles Townsley, Michael Sauro, Walter Noffsinger, Rosa Davidson, Michael Kelly, Titon Hoque, Janet Gelphman and Thanh Do (collectively, "Plaintiffs") and files this, their Motion to File Exhibits Under Seal and would respectfully show the Court as follows.

### I.  Request to Seal Documents

Plaintiffs respectfully request that Exhibits 1-25 be filed under seal. These documents are being filed in support of Plaintiff's Reply in Support of the Motion to Compel Discovery. Such exhibits contain documents that were designated by Defendant IBM pursuant to the protective order in a manner that requires they be sealed when filed as exhibits, at least up until the point this Court determines the motion in question constitutes part of the "adjudicative stage" of

litigation pursuant to Fifth Circuit precedent. Counsel for all parties have conferenced, and none are opposed to the relief requested herein.

## II.     Prayer For Relief

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request that the Court file under seal Exhibits 1-25 and for such other and further relief, whether legal or equitable, general or special, to which Plaintiffs may justly be entitled.

      Respectfully submitted,

      WRIGHT & GREENHILL, P.C.
      900 Congress Avenue, Suite 500
      Austin, Texas  78701
      512/476-4600
      512/476-5382 (Fax)

By: _____
      Heidi A. Coughlin
      State Bar No. 24059615
      hcoughlin@w-g.com
      Archie Carl Pierce
      State Bar No. 15991500
      cpierce@w-g.com
      Blair J. Leake
      State Bar No. 24081630
      bleake@w-g.com

      and

By: _____
      Kaplan Law Firm
      Austin Kaplan
      State Bar No. 24072176
      akaplan@kaplanlawatx.com

**ATTORNEYS FOR PLAINTIFFS**

CERTIFICATE OF CONFERENCE

Counsel for Plaintiffs has complied with the Court's requirement to confer. On March 31, 2022, Plaintiffs' counsel conferred with IBM's counsel via email. Counsel for IBM is unopposed to this Motion.

_____
Heidi A. Coughlin

CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2022, I electronically filed the foregoing MOTION TO FILE EXHIBITS UNDER SEAL with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the Court and Defendant's counsel. I also hereby certify that on March 31, 2022, true and correct copies of the foregoing Exhibits were e-mailed to counsel for Defendant.

_____
Heidi A. Coughlin