FILED
April 12, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Nancy Kinney, et.al. | § |
| | § |
| vs. | § NO: AU:20-CV-00969-DAE |
| | § |
| International Business Machines Corporation, | § |
| | § |
| | § |

## ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE

On April 07, 2022 the above named and numbered civil action was transferred to the Honorable David A. Ezra, Senior United States District Judge. The final pretrial conference and trial settings set by the Court's Scheduling Order (Dkt No. 37) entered on March 05, 2021 are hereby VACATED. The remaining deadlines in said scheduling order shall remain in effect. The pretrial conference and trial for this case will be reset at a later date by this honorable court.

IT IS SO ORDERED.

DATED: Austin, Texas, April 12, 2022.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE