UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Nancy Kinney et al.** § § | |
| vs. § § § | Case Number:  AU:20-CV-00969-LY |
| **International Business Machines Corporation** § § | |

## ORDER RESETTING HEARING BY VIDEO

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for a Motion Hearing by video conference on April 26, 2022 at 1:30 pm.  The Courtroom Deputy will send out the Zoom invitation prior to the hearing.

IT IS SO ORDERED this 25th day of April, 2022.

_____
**DUSTIN M. HOWELL**
**UNITED STATES MAGISTRATE JUDGE**