IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHARLES TOWNSLEY, MICHAEL SAURO, WALTER NOFFSINGER, ROSA DAVIDSON, MICHAEL KELLY, TITON HOQUE, JANET GELPHMAN, THANH DO | § § § § § § | |
| **Plaintiffs,** | § § | |
| vs. | § § | Civil Action No.: 1:20-cv-00969-LY |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | § § § | |
| **Defendant.** | § | |

## NOTICE OF APPEARANCE AS CO-COUNSEL

TO THE HONORABLE UNITED STATES DISCTRICT JUDGE:

In addition to Heidi A. Coughlin, Archie Carl Pierce, Blair Leake and Austin Kaplan, the undersigned hereby notice their appearance as co-counsel for Plaintiffs Charles Townsley, Michael Sauro, Walter Noffsinger, Rosa Davidson, Michael Kelly, Titon Hoque, Janet Gelphman and Thanh Do ("Plaintiffs"). Therefore, pllease copy all communications, correspondence , and pleadings to the following address:

> Stephen B. Barron
> State Bar No. 24109619
> sbarron@w-g.com
> Wright & Greenhill, P.C.
> 4700 Mueller Blvd., Suite 200
> Austin, Texas 78723
> 512-476-4600
> 512-476-5382

Heidi A. Coughlin, Archie Carl Pierce, Blair Leake and Austin Kaplan will remain lead trial counsel.

Respectfully submitted,

WRIGHT & GREENHILL, P.C.
4700 Mueller Blvd., Suite 200
Austin, Texas  78723
512/476-4600
512/476-5382 (Fax)


By:_____/s/ Stephen B. Barron_____
    Heidi A. Coughlin
    State Bar No. 24059615
    hcoughlin@w-g.com
    Archie Carl Pierce
    State Bar No. 15991500
    cpierce@w-g.com
    Blair Leake
    State Bar No. 24081630
    bleake@w-g.com
    Stephen B. Barron
    State Bar No. 24109619
    sbarron@w-g.com

    and


By:_____
    Kaplan Law Firm
    Austin Kaplan
    State Bar No. 24072176
    akaplan@kaplanlawatx.com

**Counsel for the Plaintiffs**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2022, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the Court and Defendant's counsel of record.

/s/ Stephen B. Barron
Stephen B. Barron