IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| CHARLES TOWNSLEY, MICHAEL SAURO, | ) | |
| WALTER NOFFSINGER, ROSA DAVIDSON, | ) | |
| MICHAEL KELLY, TITON HOQUE, THANH DO, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| | ) | |
| V. | ) | Case No. 1:20-cv-00969-LY |
| | ) | |
| INTERNATIONAL BUSINESS MACHINES | ) | |
| CORPORATION | ) | |
| | ) | |
| Defendants. | ) | |

# Expert Report

## of

## Mark Rambin, CPA, CFF

February 15, 2022



**Original Report**                    **Exhibit 1**

Expert Report of Mark Rambin                    Townsley, et al. v. International Business Machines Corporation

# Table of Contents

Introduction ........................................................................................................................... 1

    Qualifications .................................................................................................................... 1

    Scope of Retention and Compensation ........................................................................... 1

    Information Considered .................................................................................................... 1

Background ............................................................................................................................ 2

    The Parties ........................................................................................................................ 2

    The Dispute ....................................................................................................................... 2

Discussion and Analysis ........................................................................................................ 3

    Assumptions ..................................................................................................................... 3

    Summary of Opinions ....................................................................................................... 3

    Methodology Utilized ....................................................................................................... 3

    Overall Opinion ................................................................................................................ 5



# Introduction

**Qualifications**

1.      I am a Managing Director with Echelon Analytics ("Echelon"), a specialized consultancy that provides economic and financial analysis, forensic investigation, and expert testimony in commercial disputes and litigation.  I have provided consulting services to clients involved in commercial disputes in many industries.  I have prepared expert reports and have provided expert testimony in matters before state and federal courts and in arbitrations.  I have practiced in this field for over thirty-five years.

2.      I am a graduate of The University of Texas at Austin, receiving a Bachelor of Business Administration in Accounting in 1980. I became licensed as a Certified Public Accountant in 1983.  My professional biography at <u>Exhibit A</u> provides additional information on my education and experience, including expert testimony over the last four years.

**Scope of Retention and Compensation**

3.      Echelon has been retained by counsel for the Plaintiffs in this matter.  I have been requested to analyze financial and economic issues related to economic damages claims asserted by the Plaintiffs against International Business Machines Corporation ("IBM").

4.      Echelon's compensation for services provided is based on hourly rates ranging from $200 to $695, plus job-related expenses.  My hourly rate is $425.  The firm's compensation is not contingent on or related to the outcome of this litigation.

**Information Considered**

5.      In performing my review and analysis to arrive at the opinions expressed herein, I have relied upon my skills, knowledge, education, experience and training, which are summarized in <u>Exhibit A</u>. Additionally, I have considered information from a variety of sources, including information produced by parties to this dispute and information I and/or persons working under my direction obtained independently.  The information I have considered through the date of this report is listed in <u>Exhibit B</u>.



6.      My work is continuing, discovery is ongoing, and I reserve the opportunity to revise and/or supplement this report based on additional information received or to respond to issues raised by the parties, their witnesses, or the Court.

7.      This report is intended to be used solely in this litigation and should not be relied upon for any other purpose.  If I provide deposition or trial testimony, such testimony may supplement the opinions expressed herein.  I may also prepare or assist in the preparation of demonstrative exhibits related to my analysis and opinions.  The exhibits and schedules accompanying this report, including all footnotes and source notations, are integral parts of this report.

## Background

**The Parties**

8.      The Plaintiffs are former employees of IBM that currently reside in the United States.  Each Plaintiff is over the age of forty.

9.      IBM is a NYSE publicly traded global company with a market capitalization of more than $120 billion.  Headquartered in New York, IBM is self-described as an information technology company, which provides integrated solutions that leverage information technology and knowledge of business processes. [1]

**The Dispute**

10.      The Plaintiffs allege that the termination of their employment with IBM was the result of an illegal and age-discriminatory plan to reduce the overall age of IBM's workforce.  The Plaintiffs seek to recover their lost earnings and other damages.

---

[1] wsj.com – retrieved February 10, 2022



**Original Report**           **Exhibit 1**

Expert Report of Mark Rambin                    Townsley, et al. v. International Business Machines Corporation

# Discussion and Analysis

**Assumptions**

11.     While I am experienced in analyzing economic damages in litigation and dispute matters, I am not an attorney nor the finder of fact in this matter.  I have not been requested to form, and I have not formed, any legal opinions on matters related to the alleged age discrimination and wrongful termination claims asserted by the Plaintiffs.

**Summary of Opinions**

12.     I have calculated the lost earnings damages for each of the Plaintiffs as presented below. The detailed calculation for each Plaintiff is presented in <u>Exhibit C</u>.

| Plaintiff Name | Future Value | Present Value |
|---|---|---|
| Davidson | $      424,188 | $      402,617 |
| Do | 1,664,839 | 1,593,610 |
| Gelphman | 95,763 | 105,554 |
| Hoque | 1,485,711 | 1,283,106 |
| Kelly | 457,157 | 488,536 |
| Noffsinger | 2,405,784 | 2,251,449 |
| Sauro | 1,885,760 | 1,905,020 |
| Townsley | 2,500,171 | 2,455,604 |
| **Total Lost Earnings Damages** | **$   10,919,373** | **$   10,485,496** |

**Methodology Utilized**

13.     My calculations of lost earnings damages are based upon my review of the information made available to me to date as identified in Exhibit B as well as my personal telephone interviews with each Plaintiff.  These calculations are based upon the assumption that, absent the alleged wrongful terminations, the Plaintiffs would have remained employed with IBM from the time of their separation from IBM through the completion of their projected work life.  This amount is then compared to their actual and future projected earnings after their separation from IBM through the completion of their projected work life.  These amounts are also adjusted for interest and inflation factors.



**Original Report**           **Exhibit 1**           **Page 005**

Case 1:20-cv-00969-DAE   Document 107-3   Filed 06/13/22   Page 6 of 46

**Original Report**                           **Exhibit 1**
Expert Report of Mark Rambin          Townsley, et al. v. International Business Machines Corporation

14.     This methodology is standard and commonly utilized in the measurement of the lost earnings damages of individuals.[2]  Additional information concerning the methodology utilized in these damage calculations is discussed below.

**15.     Work life expectancy** – There are widely accepted academic studies commonly utilized to calculate the expected work life of an individual based upon their age, education, and employment status.[3]  This work life expectancy has been utilized in these calculations unless the individual Plaintiff stated that their work life intentions differed from these calculated work life expectancies.

**16.     Expected earnings from IBM** – These amounts have been calculated based upon the prior earnings information provided in document production in this matter for each Plaintiff beginning as of their separation from IBM.  The earning histories of Plaintiffs with significant variable compensation, particularly sales commissions, have been averaged over multiple years to provide a basis for the projection of future earnings.

**17.     Actual earnings after separation from IBM** - These amounts have been calculated based upon the actual earnings or unemployment compensation information provided in document production in this matter for each Plaintiff.  To the extent that a Plaintiff is currently employed, the compensation from current employment is assumed to continue through their expected work life.

**18.     Employment Fringe Benefits** – In addition to direct compensation, the Plaintiffs received fringe benefits from IBM in the form of paid leave, insurance, other legally required benefits such as social security contributions, among others.  These fringe benefits have been calculated as a percentage of compensation based upon statistics compiled by the Bureau of Labor Statistics.[4]  To the extent that a Plaintiff received employment fringe benefits from employment after their separation from IBM, this same calculation has been applied to those earnings.

---

[2] Measurement of Damages Involving Individuals – American Institute of Certified Public Accountants, 2020
[3] Skoog, Gary R., James E. Ciecka, and Kurt V. Krueger. 2011.
[4] U.S. Department of Labor. Bureau of Labor Statistics. *Employer Costs for Employee Compensation – December 2020*.



19.    **Other economic damages** – Such damages include forfeiture of IBM restricted stock units due to the separation of a Plaintiff from IBM.  These amounts are calculated at the value of these restricted stock units at the time of separation of the Plaintiff from IBM.

20.    **Actual and Projected Growth and Discount Factors** – The lost earnings calculations reflect the application of interest factors for both past and future lost earnings damages.  This interest factor increases past lost earnings and decreases lost future earnings to give effect to the time value of money.  A growth factor in expected future earnings from both IBM and from earnings after separation from IBM has also been applied to the calculations.

**Overall Opinion**

21.    Based upon the information available to me as detailed in Exhibit B, the methodology described above and detailed in the Exhibit C calculation for each Plaintiff, it is my opinion that the lost earnings damages of the Plaintiffs total not less than $10.9 million on a future value basis and $10.4 million on a present value basis.

February 15, 2022

_____

Mark Rambin, CPA, CFF

echelon
a n a l y t i c s

**Original Report**          **Exhibit 1**          Exhibit A



<span style="color:#7a1f3d">Mark Rambin, CPA, CFF</span>
<span style="color:#7a1f3d">Managing Director</span>

**1717 Main Street, Suite 3380**
**Dallas, Texas  75201**
**214.965.8534**
**mrambin@ea-us.com**
_____

**Certifications**
Certified Public Accountant

Certified in Financial Forensics

**Professional Affiliations**
American Institute of Certified
Public Accountants

Texas Society of Certified Public
Accountants

National Association of Forensic
Economics

**Education**
Bachelor of Business
Administration – Accounting
University of Texas at Austin

**Echelon Analytics is not
a CPA Firm.**

Mark Rambin is an experienced forensic accountant with a substantial background in financial investigation, the analysis of economic damages issues and litigation consulting.  A Texas-licensed CPA for over 35 years, Mr. Rambin specializes in providing objective and fact-based analysis to his clients, allowing them to make better informed decisions about disputes, litigation, or other critical business challenges facing them.

## Financial Investigation

Mr. Rambin's experience in financial investigation includes commercial litigation matters as well as engagements on behalf of bankruptcy trustees, receivers, and numerous government authorities and regulatory agencies, including the United States Department of Justice, the Texas Office of the Attorney General, the Federal Deposit Insurance Corporation, and the Texas Department of Insurance, among others.  These matters have included the investigation of complex failures of financial institutions, insurance companies, and other businesses engaged in many industries. This work has been utilized in civil litigation and criminal prosecutions of former officers and directors, insiders, outside professionals, and other parties alleged to have caused damages, received preferential transfers, or committed illegal acts.

## Economic Damages Issues

Mr. Rambin is regularly engaged by both plaintiff and defense litigation counsel to provide investigation, analysis, and expert opinions concerning economic damages related to disputes, claims, and litigation.  Such matters often relate to claims of lost profits, business interruption losses, professional liability claims, complex property loss, personal injury or employment related claims, and trademark or trade secret disputes.  His opinions, often presented through written reports and expert testimony, have been presented before Federal and State District courts and Bankruptcy courts in multiple jurisdictions throughout Texas and in other states.

## Litigation Consulting

Mr. Rambin also has significant experience in working with counsel and their clients in performing general litigation consulting.  He often provides plaintiff or defense counsel with investigation and fact-finding related to unasserted claims.  In litigation matters, he regularly works closely with counsel to develop discovery plans, to identify potential sources of information, to draft production requests and interrogatories, and to analyze and evaluate large document populations.  Mr. Rambin also works to prepare for depositions of fact and expert witnesses through the identification of relevant documents or issues, outside research, and with expert witnesses, through the detailed analysis of their expert reports, including the research of their prior reports and testimony in other matters.  He has substantial experience in working with counsel in asserting or responding to _Daubert_-type

<span style="color:#7a1f3d">ea-us.com</span>

Mark Rambin, CPA, CFF

challenges to the admissibility of accounting, financial, or other economic expert testimony.

Mr. Rambin's experience includes engagements in the following industries, among others:

- Agricultural and Commodities
- Banking and Financial Services
- Communications
- Construction
- Health Care
- High Technology
- Hospitality
- Insurance – Property & Casualty
- Insurance – Regulatory & Insolvency
- Manufacturing and Distribution
- Mortgage Lending and Servicing
- Oil & Gas Exploration and Production
- Professional Services
- Real Estate Development
- Real Estate Management
- Retail
- Software
- Transportation

## Professional Experience

Some examples of Mr. Rambin's case experience include:

### Accounting Malpractice

- **Audit failures.** Evaluated whether the accountant's work was conducted in accordance with Generally Accepted Auditing Standards. Reconstructed business and accounting records to determine the true financial condition of the company under audit, identified any misstatements, and developed facts to analyze interrelated liability, causation and damages issues. These audit failure accounting malpractice claims have involved audits of enterprises in several industries including financial institutions, manufacturing and distribution, commodities, retail sales, and insurance entities. The accounting firms involved have ranged from sole practitioners to regional, international, and the major Big 4 firms.

- **Tax shelters.** Served as a consulting expert to plaintiff counsel in an accounting malpractice matter involving allegedly abusive tax shelters, in which a Big 4 firm was a defendant. Assisted counsel with drafting discovery, identifying and interviewing potential expert witnesses, researching and documenting applicable professional standards, and in the review and analysis of a large volume of working papers, internal communications, and internal policy and technical standards information produced by the defendants. Provided assistance to counsel in their preparations for the depositions of client service team members including independent research of their professional backgrounds, their specific roles on the engagements in question, and in the identification of potential deposition exhibits and areas of inquiry. A significant confidential settlement was reached at the conclusion of the depositions of these individuals.

2

Mark Rambin, CPA, CFF

- **Financial restatement and accounting malpractice claim**.  Engaged by Multi-national Corporation to investigate prior financial reporting practices of U.S. subsidiary.  Identified significant overstatements of net income due to improper use of percentage of completion accounting method.  Assisted client in the restatement process and in the successful pursuit of an accounting malpractice claim against prior outside auditor.

## Oil & Gas Industry

- **Oil Field Service Provider Fraud Claims.**  Evaluated claims that a water and wastewater hauling service provider was overbilling a mid-major exploration and production company for its services.  Performed a comprehensive analysis and identified a massive scheme to defraud the exploration and production company.  Provided expert testimony before the presiding bankruptcy judge in the Southern District of Texas resulting in a significant judgement entered against the service provider.

- **Joint Interest Audits and Investigations.**  Provided assistance to working interest owners of individual wells or prospect ventures to evaluate whether the Operator was appropriately conducting joint interest operations in accordance with the Operating Agreement or other applicable agreements.

- **Litigation matters.**  Provided expert services related to litigation between working interest owners and Operator of prospect concerning alleged breach of exploration agreement and overcharges and inappropriate expenditures billed to the joint interest.  Assisted in litigation related to disputes over a natural gas farm-out agreement and the related development rights.  This matter involved analysis of over 40 years of production and development records and coordination with a team of engineers and geologists in order to evaluate both the factual issues involved as well as the basis for damages claimed. Evaluated damage claims related to a dispute arising from the sale of a natural gas gathering system including analysis of historical and current operating and financial information in relation to the offering memorandum provided to prospective purchasers.

- **Consulting project related to closely-held oil and gas holdings.** Led a project team in the analysis of the administration of a complex family estate and multiple related trusts involving in oil and gas working interests valued in excess of one billion dollars and located throughout the United States. The objective of this project was to determine whether ownership interests and other development and royalty rights had been appropriately recognized over a time period in excess of 50 years.  The project entailed detailed tracing of legal, oil and gas production and financial records from the inception of leasing and exploration activities through farm-outs, farm-ins, production pooling and unitizations, non-participations and other events relevant to the present ownership status of each property.

3

Mark Rambin, CPA, CFF

- **Transactional assistance.**   Provided consulting services related to the transfer of diverse natural gas working interests to a publicly traded exploration and development company.   This project required detail analysis of lease and farm-out agreements, agreements related to development rights, varying royalty and overriding interests, as well as varying working and net revenue interests at each multiple of payout.

- **Financial reporting.**   Involved in numerous other financial reporting and consulting engagements relating to the oil and gas industry.   These engagements have included exploration and production companies, independent producers, natural gas processing and carbon black production plants, refining operations and related oilfield service providers.

**Bankruptcy and Insolvency**

- **Oil & Gas exploration and production Company in liquidation.**  Assisted the Chapter 7 trustee in assuming control of the offices and accounting and IT systems of the debtor (whose officers and employees abandoned the company offices upon the appointment of the trustee).  Developed financial information to enable the trustee to secure the assets of the estate and to prepare schedules and monthly reporting for the court.  Prepared all financial information required to support numerous complex adversary proceedings and other litigation related to alleged fraudulent transfers and disputed ownership of certain assets of the estate.

- **International shipping vessel operator in liquidation.**  Assumed custody of all business and accounting records and assisted the Chapter 7 trustee in evaluating the solvency of the debtor in periods preceding the bankruptcy filing.  Analyzed insider transactions that supported an adversary proceeding against the former shareholder of the company and assisted with discovery, depositions, and in evaluating the advisability of a compromise settlement of the claim.

- **Financial advisor in a telecommunications company Chapter 11.** Performed analysis on behalf of an unsecured creditors committee related to determining the solvency of the estate and an assessment of the continued viability of the business operations of a reorganized entity.  Analyzed the current and historical operating information of the company to assist the committee in assessing the reasonableness of the financial projections of the debtor. Provided analysis and testimony for adversary proceedings against its principal lender and in the investigation of potential claims against its former directors and officers and outside accountants.  Worked with committee counsel to develop a liquidation plan and supported the committee in its evaluation of alternative bids from prospective buyers of all or parts of the business.

4

Mark Rambin, CPA, CFF

- **Regional Homebuilder.** Provided consulting and testimony services to the Chapter 7 trustee for the identification and prosecution of claims to recover preferential transfers. Several actions related to claims against lenders receiving payments on insider secured debt during the 1-year period prior to bankruptcy filing. Assisted in resolving over one hundred 90-day preference actions on behalf of the trustee, including providing deposition and trial testimony. Performed detailed analysis of a significant volume of accounting and financial records to analyze solvency issues at the 1-year and 90-day periods and to identify potential preferential transfers relative to those periods.

## Financial Investigation and Fraud

- **Litigation claim against the executor of a complex estate.** Provided consulting services to counsel defending an executor from claims asserted by a beneficiary of an estate. The estate involved several generations of trusts and varied asset classes including ranches, oil and gas interests, and other financial assets. This engagement required the analysis of detailed historical transaction records to identify appropriate treatment of distributable income vs. principal and the appropriateness of reimbursement claims and other transactions between the trusts, the ranches, and certain beneficiaries.

- **Investigation of claims asserted by the beneficiaries of a trust.** Assisted the beneficiaries of a trust and their outside counsel in the investigation of alleged self-dealing by its trustee. This project involved investigation of public records to identify undisclosed business relationships and related party transactions. Because of these transactions, a majority of the assets of the trust were invested in failed business ventures from which the trustee and his business partners withdrew substantial sums of money. The beneficiaries instituted litigation against the trustee based upon this investigation.

- **Fraud investigation of trustee.** Worked directly with a large family enterprise to investigate alleged fraudulent transactions involving the trustee of a family trust. Performed detailed analysis of multiple years of transactions, obtained financial records from third parties and researched the identities of several businesses and individuals receiving distributions from the trust. Identified unauthorized distributions made directly to the trustee and his relatives and business associates. Prepared a detailed listing of questioned transactions that formed the basis for the resignation of the trustee and a related claim for reimbursement to the trust.

- **Borrower fraud.** Investigated alleged misapplication of loan proceeds or removal of funds from single-asset entities subject to a mortgage, often through straw buyers, abusive property flips, misrepresentation of the lien status of assets securing the transaction, or unauthorized advances to related parties. These engagements often required detailed analysis of the sources and uses of loan and project proceeds and an investigation of the

5

appropriateness of project expenditures and other transfers to determine the borrowers' potential liability for misapplication of funds.

- **Embezzlement.**  Engaged by multi-state commercial property management firm to investigate alleged fraud by a departed executive.  Assisted client in reconstruction of manipulated accounting records to quantify the loss.  Developed Proof of Loss for insurance claim and for the subsequent criminal indictment of executive.

- **Breach of fiduciary duty**.  Assisted counsel in the investigation of the actions of a company president.  Identified significant misuse of company resources including ghost employees and unauthorized reimbursement for personal expenses such as personal airplane repairs and equipment upgrades, travel, and home remodeling.  Documented diversion of corporate assets and opportunities to a competing business controlled by the president.  When presented with findings, the president resigned and signed over ownership interests in the company and in the competing business.

- **Breach of non-compete agreement**. Assisted counsel in investigating the abrupt departure of a group of key employees subject to a non-compete agreement.  Worked with computer forensics experts to analyze email and other electronic records. This information documented their plans for future competing business activities and their improper retention of confidential and proprietary information from the employer.  Findings were presented in arbitration proceeding.

**Damages Analysis in Complex Commercial Litigation**

- **Manufacturing operations.**  Provided consulting and expert services to manufacturers of industrial equipment and their counsel and insurers.  In these matters, the claimants alleged that the failure of the equipment manufactured by the defendant interrupted the operation of a plant, factory, or other business process.  The industries involved included defense contractors, agricultural and food products, construction, transportation, and consumer goods.

- **Retail operations.**  Performed numerous engagements related to alleged failures of landlords to perform under retail lease agreements due to construction delays, equipment failures, water incursions, and fires.  These matters required the analysis or reconstruction of historical financial information of the claimants to quantify projected lost revenues, fixed and variable costs, and excluded costs or saved expenses.  These projects often included analysis and independent research of external factors such as general economic or industry circumstances that would affect the operations of the claimants and the efforts of the parties to mitigate any damages resulting from

6

these events.  These engagements have included the evaluation and resolution of insurance claims and in matters involving litigation.

- **Major natural or man-made disasters.**  Provided assistance to both claimants and insurers in preparing and evaluating business interruption claims related to catastrophic or mass claim occurrences such as fires, hurricanes, floods, and in the BP Deepwater Horizon incident.  In addition to the claim considerations mentioned above, these matters often required detailed analysis of the causal relationship between the incident and the claimed damages.

- **Information technology.**  Assisted counsel in responding to litigated business interruption claims related to the alleged failures of information technology systems utilized by financial services organizations.  One matter involved an alleged system failure while the other involved deliberate sabotage.  In each matter, evaluating the claimed damages required the analysis of the causal relationship between the facts and the alleged economic impacts and included significant analysis of the claimants' financial operations and independent economic and industry research.

- **Consumer class actions.**  Assisted lenders who were defendants in consumer class action litigation.  Identified populations of potential class members and analyzed specific liability issues related to the claims asserted by named plaintiffs and evaluated the potential applicability of these specific facts and claims to a broader population.  Assisted in evaluating ranges of potential financial exposure under assumed liability and damages theories and various class definitions and populations.

- **Secured lending disputes.** Worked with lenders in disputes involving "floor plans" and other similar high-volume secured lending facilities.  These have included lending facilities for automobiles, boats, recreational vehicles, heavy equipment, consumer paper, mortgage warehouse and premium finance involving allegations of misrepresentation as to the "in trust" status of the facility prior to default.  Through reconstructing earlier financial transactions, identified the true historical financial positions of the facility and determined the methods utilized to conceal any collateral shortfalls.  This work has been utilized in pursuing claims against the borrowers, outside accountants, and other parties.

- **Loan securitization disputes.**  Evaluated loan underwriting and loan loss reserves regarding compliance with the written guidelines of a particular financial institution or of the terms of the mortgage participation, securitization or other pooling.  This work has been used to evaluate potential damage claims of the participants or investors in these assets and in pursuit of claims against directors or officers of financial institutions or other lenders.

7

**Original Report**                    **Exhibit 1**                    Exhibit A



<span style="color:#7a1f3d">Mark Rambin, CPA, CFF</span>
<span style="color:#7a1f3d">Managing Director</span>

**1717 Main Street, Suite 3380**
**Dallas, Texas  75201**
**214.965.8534 (Office)**
**512.422.1022 (Cell)**
**mrambin@ea-us.com**
_____

**Certifications**
Certified Public Accountant

Certified in Financial Forensics

**Professional Affiliations**
American Institute of Certified
Public Accountants

Texas Society of Certified Public
Accountants

National Association of Forensic
Economics

**Education**
Bachelor of Business
Administration – Accounting
University of Texas at Austin

## Recent Prior Testimony and Expert Reports

Confidential Investment Advisor Arbitration (Engaged by Defendant), FINRA Arbitration, Houston, Texas, Expert Report

FDIC v. Hall, et al., United States District Court, Middle District of Florida, Expert Report, Deposition Testimony

Gamez v. The Estate of Parrish, County Court at Law, Rockwall County, Texas, Expert Testimony

Issa v. Issa, State District Court, Travis County, Texas, Expert Report

Ramos, et al. v. Cruz, et al. v. Lincoln Property Company Commercial, Inc., et al., State District Court, Dallas County, Texas, Expert Report

Dutch Bro LLC v. DutchPro, B.V., United States District Court, Western District of Texas, Austin Division, Expert Report, Deposition Testimony

Fuller v. Bear Rental-Purchase, LTD., et al., State District Court, Williamson County, Texas, Expert Report

Elumenus Lighting Corporation, Inc. v. Government Energy Management, LLC, et al., State District Court, Collin County, Texas, Expert Report, Deposition Testimony

Midstates Petroleum Company, Inc. v. Triple F Oilfield Services, LLC, United States Bankruptcy Court, Southern District of Texas, Houston Division, Declaration and Expert Report, Expert Testimony

Mitchell, et al. v. R&R Trucking, Inc., et al., State District Court, Childress County, Texas, Expert Report, Deposition and Court Hearing Testimony

Sherry A. Coffman v. O'Reilly Automotive Stores, Inc., AAA Arbitration, Dallas, Texas, Expert Report, Arbitration Hearing Testimony

Cardenas v. Ovation Services, LLC, State District Court, Travis County, Texas, Expert Report, Deposition and Trial Testimony

Austin Children's Dentistry, Inc., et al. v. Williams, State District Court, Travis County, Texas, Expert Reports

Potter v. Dehan, State District Court, Travis County, Texas, Expert Reports

Mark Rambin

FEDD Wireless, LLC, et al. v. Flowserve US Inc., et al., State District Court, Harris County, Texas, Expert Report, Deposition and Trial Testimony

White Oak Global Advisors, LLC v. Tommy W. Weder, Sr., United States District Court, Western District of Oklahoma, Expert Report

Gray v. J.H. Strain & Sons, Inc., State District Court, Taylor County, Texas, Expert Report

Dynesic Technologies, Inc. v. Ali Mutlu, et al., State District Court, Dallas County, Texas, Expert Reports, Deposition Testimony

Mary M. Young, et al. v. Keith P. Young, Sr., et al., Probate Court, Dallas County, Texas, Expert Reports, Deposition Testimony

Halbert, et al. v. Scott, et al., State District Court, Travis County, Texas, Expert Reports

England v. O'Reilly Automotive Parts, et al., United States District Court, Eastern District of Texas, Tyler Division, Expert Report

Wagner v. Starwood Custom Homes LLC et al., AAA Arbitration, Dallas, Texas, Expert Report, Deposition and Arbitration Hearing Testimony

Englehart, et al. v. Van Dyke, et al., United States District Court, Southern District of Texas, Houston Division, Expert Report

National Rifle Association of America, et al., v. Ackerman McQueen, Inc., United States District Court, Northern District of Texas, Dallas Division, Expert Reports

Van Brummen v. Hess Corporation, United States District Court, Southern District of Texas, Houston Division, Expert Report

Hugh Gray v. Mariam Gray, Circuit Court of Maryland for Baltimore County, Expert Report, Trial Testimony

Coffman v. Uniti Group, et al., Circuit Court for Baldwin County, Alabama, Expert Reports

2

**Original Report**                                     **Exhibit 1**

Expert Report of Mark Rambin                    Townsley, et al. v. International Business Machines Corporation

## Exhibit B. Information Considered

As of February 15, 2021

| PL's Bates Label | DESCRIPTION |
|---|---|
| Davidson _____ | |
| 0169 | Compensation Summary 2013-2014 |
| 0173 | Emince & Excellence Award 2015 – Cash Award |
| 0175 | IBM Recognition Email 2015 - $1000 |
| 0229-232 | National Payroll Service – IBM 9/16/17-9/30/17; 10/16/17-10/31/17 |
| 0256-259 | National Payroll Service – IBM 3/16/18-4/15/18 |
| 0262-263 | Employee Salary Statement |
| 0302 | IBM Profit Share Notification – 2019 |
| 0365-377 | Worker Profile |
| 0397-398 | W-2 2019 |
| 0399-405 | W-2 2020 |
| 0406-436 | TX Workforce Commision Search Log |
| 0445-447 | Cognizant Offer Letter |
| 0536-537 | 2021 Form W-2 |

| DF Bates Label | DESCRIPTION |
|---|---|
| IBK-DAV _____ | |
| 0000154 | Portfolio Actions |
| 0000307-309 | Employee Profile Information – Roselyn Wolfe |
| 0000310-445 | Semi- Monthly Pay and Contributions Statement 1/1/17-12/30/2019 |
| 0000446-447 | IBM Ltr 10-9-20 re 2016-2019 Salary Description |
| 0000459-461 | Employee Profile Information – Rosa Davidson |
| 0000690-692 | Employee Profile Information – Jacqueline Wilson |
| 0000599 | Simulation UTL30 |
| 0000592 | UTL30 |
| 0000590 | Simulating reductions of HC in IOT Platform and Watson Assistant for 2020 |
| 0000589 | UTL Breakdown |
| 0000580 | Maple Assumptions |
| 0000575 | Maple Assumptions |
| 0000572 | Maple Assumptions |
| 0000510 | Summary of Q1-Q4 |
| 0000629 | Q2-Q4 Savings |
| 0000628 | Q2-Q4 Savings |
| 0000627 | Q2-Q4 Savings |
| 0000626 | Q2-Q4 Savings |
| 0000625 | Q2-Q4 Savings |
| 0000624 | Q2-Q4 Savings |
| 0000623 | Q2-Q4 Savings |
| 0000622 | Q2-Q4 Savings |
| 0000621 | Portfolio Actions |
| 0000619 | Simulation at UTL30 for all actions |



**Original Report**                    **Exhibit 1**

Expert Report of Mark Rambin                    Townsley, et al. v. International Business Machines Corporation

## Exhibit B.  Information Considered

As of February 15, 2021

| | |
|---|---|
| 0000618 | UTL20 and UTL30 |
| 0000617 | Simulation at UTL30 for all actions |
| 0000616 | Q2-Q4 Savings |
| 0000608 | Maple Assumptions |
| 0000604 | Portfolio Actions |
| 0000603 | Platform UTL30 |
| 0000658 | UTL Breakout |
| 0000644 | Q2-Q4 Summary |
| 0000643 | Q2-Q4 Summary |
| 0000640 | Platform UTL30 |
| 0000641 | Platform UTL30 |
| 0000639 | Platform UTL30 |
| 0000638 | Portfolio Actions |
| 0000637 | Q2-Q4 Savings |
| 0000636 | Q2-Q4 Savings |
| 0000635 | Q2-Q4 Savings |
| 0000634 | Q2-Q4 Savings |
| 0000633 | Q2-Q4 Savings |
| 0000632 | Q2-Q4 Savings |
| 0000631 | Q2-Q4 Savings |
| 0000630 | Q2-Q4 Savings |

| PL's Bates Label | DESCRIPTION |
|---|---|
| DO _____ | |
| 0297-2099 | Email from Rene Neumann to team re referral bonus for candidates to fill roles |
| 0300 | Growth Driver Profit-Sharing Statement - $1400.00 |
| 0339 | W-2 2018 |
| 0340 | W-2 2019 |
| 3041-0342 | IRS Tax Info 2019 |
| 0343-0344 | IRS Tax Info 2020 |
| 0346-352 | 2018 Form W-2 |
| 0353-375 | 2021 Unemployment Compensation Information |

| DF Bates Label | DESCRIPTION |
|---|---|
| IBK-DO _____ | |
| 0000188-190 | Employee Profile Information – Andres Herrera |
| 0000191-193 | Employee Profile Information – Michel Dirk |
| 0000407-409 | Employee Profile Information – Gao Ounying |
| 0000508-510 | Employee Profile Information - Cai Young |
| 583-817 | Semi-Monthly Pay and Contribution Statement – Thanh Do 1/1/15- 12/30/19 |



**Original Report**                    **Exhibit 1**                    **Page 018**

## Exhibit B.  Information Considered

As of February 15, 2021

| PL's Bates Label Gelphman _____ | DESCRIPTION |
|---|---|
| 0052-54 | 1040 Tax Form 2018 |
| 0055-57 | 1040 Tax Form 2019 |
| 0058 | W2 Earnings Summary 2020 |
| 0061-62 | Blue Yonder Earnings Statements |
| 0118-121 | Janet Gelphman Resume |
| 0130-0151 | Timeline of Events |
| 0173-0174 | Email re Senior Deisgner Position |
| 0182-0194 | Employement Agreement – GTN Technical Staffing |
| 0224 | Email re Gelphman's preferred rate/salary |
| 1003-1006 | Zip Recruiter Job Listings with title and salary |
| 1667-1668 | 2020 Form 1040 |
| 1669 | 2018 Form 1099-G |

| DF Bates Label IBMK-GEL _____ | DESCRIPTION |
|---|---|
| 0000066-68 | Employree Profile Info – Ana Morales |
| 0000077-79 | Employee Profile Info – Janet Gelphman |
| 0000154-202 | Semi Monlthy Pay and Contribution Statements 1/1/16-12/31/16 |
| 0000203-251 | Semi Monthly Pay and Contribution Statements 1/1/17- 12/31/17 |
| 0000252-273 | Semi Monthly Pay and Contribution Statements 1/1/18-6/15/18 |
| 0000274 | Pay and Contribution Statement 6/22/18 |
| 0000276 | Pay and Contribution Statement 7/23/18 |
| 0000277 | Pay and Contribution Statement 12/27/18 |

| PL's Bates Label Hoque _____ | DESCRIPTION |
|---|---|
| 0103 | IBM 401(k) Plus Plan |
| 0104 | Client Sources of Income Verification |
| 0106-178 | 2020 Form 1040 |
| 0186-187 | 2021 Form W-2 |

| DF Bates Label IBMK-HOQ _____ | DESCRIPTION |
|---|---|
| 0000172-174 | Employee Profile Information – Natalie Vest |
| 0000176 | IBM – Salary Breakdown 10-9-20 |
| 0000177-179 | IBM ltr re payroll info 10-23-18 |
| | Checks from IBM to Hoque |
| 0000193-195 | Employee Profile Information – Titon Hoque |

| PL's Bates Label Kelly _____ | DESCRIPTION |
|---|---|



**Original Report**

Expert Report of Mark Rambin

**Exhibit 1**

Townsley, et al. v. International Business Machines Corporation

## Exhibit B.  Information Considered

As of February 15, 2021

| | |
|---|---|
| 0122-124 | Email frm Kelly to Allen Downes re revenue generated |
| 0125 | Email frm Kelly to Allen Downes re no Q1 bonus rec'd |
| 0150-152 | Email frm Kelly to Andrea Sayles re PIP and bonus rec'd |
| 0178-200 | 2020 Form 1040 |
| 0225-228 | Forms W-2 and 1099-G |

| DF Bates Label IBMK-KEL _____ | DESCRIPTION |
|---|---|
| 0000004 | Investigation Summary – Q1 bonus |
| 0000097-98 | Employee History – Mike Kelly |
| 0000101-102 | Itemized Salary Description 2016-2018 |
| 0000109-111 | Employee Profile Information – Michael Kelly |

| PL's Bates Label Noffsinger _____ | DESCRIPTION |
|---|---|
| 0001-0146 | Noffsinger document production |
| 0147-154 | 2021 Forms W-2 |
| 0155 | Morgan Stanley account statement |

| DF Bates Label IBMK-NOF _____ | DESCRIPTION |
|---|---|
| 0000001-231 | Semi-MonthlyPay and Contributions Statement |
| 0000236-238 | Employee profile info, including salary |
| 0000286-407 | Semi-MonthlyPay and Contributions Statement |
| 0000604-620 | 2018 Global Performance Assessment |
| 0000621-629 | 2019 Global Performance Assessment |
| 0000630-632 | Employee profile info, including salary |
| 0000634-635 | Employee History including awards $ |
| 0000637 | Pay stub |
| 0000640-651 | Employment offer & 401k |
| 0000957961 | Form W-4 (2019) and tax return |
| 0000970-973 | EOX Vanatge Employment offer |
| 0000977-979 | EOX pay stubs and W-2 |

| PL's Bates Label Sauro _____ | DESCRIPTION |
|---|---|
| 0025-26 | Ltr from J. Cox to Sauro re Federal Tax Return |
| 0028-0035 | Form 1040 (2018 tax yr) |
| 0036-37 | Form 8949 (2018 tax yr) |
| 0038-39 | Form 8889 (2018 tax yr) |
| 0040 | Form 8879 (2018 tax yr) |


echelon
a n a l y t i c s

4

**Original Report**

Expert Report of Mark Rambin

**Exhibit 1**

Townsley, et al. v. International Business Machines Corporation

## Exhibit B. Information Considered

As of February 15, 2021

| | |
|---|---|
| 0041 | Federal Support Statements |
| 0042 | Summary of Estimates |
| 0043 | Estimated Tax Wrksht |
| 0044 | Computation of Regular Tax (2018) |
| 0045 | Qualified Dividends of form 1040 (2018) |
| 0046 | Investment Income of the Earned Income of form 1040 (2018) |
| 0047 | Carryover Wrksht (2018) |
| 0048 | Tax Return Comparison (2018) |
| 0049-50 | Payment Voucher Filing instructions (2018) |
| 0051-0054 | 2020 Form 1040-ES Payment Vouchers |
| 0055-63 | Form 1040 (2019) |
| 0064-65 | Form 8889 (2019) |
| 0066 | Form 8995 (2019) |
| 0067-70 | Form 8283 (2019) |
| 0071-76 | Form 1040/ 1040 SR (2019) |
| 0077-81 | Form 8960 (2019) |
| 0082-100 | Charitable Organization Wrksht |
| 0101 | Personal Info Wrksht  (2019) |
| 0102-0104 | W-2/W-2G Summary (2019) |
| 0105-107 | Form 1095-A (2019) |
| 0108-109 | 1099-R (2019) |
| 0110-114 | Form 1099-SA (2019) |
| 0115-117 | Form 1040 (2019) |
| 0118-119 | Form 1099-B (2019) |
| 0120-121 | IRA Contributions Wrksht (2019) |
| 0122 | Medical Expenses Wrksht (2019) |
| 0123 | Tx Payments Wrksht (2019) |
| 0124-125 | Tax and Interest Deduction Worksheet (2019) |
| 0126 | Localty for Sale Tax Deductions (2019) |
| 0127 | State and Local Tax Deduction Worksheet (2019) |
| 0128 | Home Mortgage Interest Worksheet (2019) |
| 0129 | Cash Contributions (2019) |
| 0130-138 | Noncash Contributions (2019) |
| 0139-143 | Charitable Deduction Limits Wrksht (2019) |
| 0144 | Misc. Itemized Deductions Wrksht (2019) |
| 0145 | Standard Deduction Worksheet for Dependents (2019) |
| 0146 | Earned Income Worksheet (2019) |
| 0147 | Form 4952 Investment Interest Expense Worksheet (2019) |
| 0148-150 | Form 1040 Earned Income Credit Worksheet (2019) |
| 0151 | Form 4684 Casualty and Theft Worksheet (2019) |
| 0152-159 | Form 6251 Schedule D Tax Worksheet (2019) |
| 0160-162 | IRA Info Wrksht (2019) |
| 0163 | Form 8582 Modified Adjusted Gross Income Worksheet |



**Original Report**　　　　　　**Exhibit 1**　　　　　　**Page 021**

**Original Report**                          **Exhibit 1**
Expert Report of Mark Rambin                  Townsley, et al. v. International Business Machines Corporation

## Exhibit B.  Information Considered

As of February 15, 2021

| | |
|---|---|
| 0164 | Two-Year Comparisons (2019) |
| 0165 | Tax Summary (2019) |
| 0166 | Compare to U. S. Averages (2019) |
| 0167-181 | W-4 (2019) |
| 0182-193 | Smart Worksheets from your 2019 Federal Tax Return (2019) |
| 0194-197 | Form 1099-B Worksheet (AMERICAN ENTERPRISE INVESTMENT) |
| 0251-274 | 2020 Form 1040 |
| 0275-277 | 2021 Form 1099-NEC |

| DF Bates Label IBMK-SAU _____ | DESCRIPTION |
|---|---|
| 0000178-179 | Employee Personal Information – Carroll Hummer |
| 0000190-192 | Employee Personal Information – Chris Fender |
| 0000274-276 | Employee Personal Information – James Martinson |
| 0000280-282 | Employee Personal Information – John Kirian |
| 0000283-285 | Employee Personal Information – Kevin Zachary |
| 0000351-353 | Employee Personal Information – Michael Ashwell |
| 0000354-355 | IBM – Salary Itemized 2016-2018 |
| 0000367-369 | Employee Personal Information – Thaddeus Trask |
| 0000370-372 | Employee Personal Information – William Taylor |
| 0000585-594 | Application for Employment – Sauro |
| 0000600-602 | Employee Profile Information – Michael Sauro |
| 0000621-623 | IBM Salary Sheet |
| 0000624 | Internal IBM Employment Date Pairs |
| 0000625 | Payroll Confirmation 6-4-79 |
| 0000634-683 | Semi-Monthly Pay and Contribution Statement (2015) |
| 0000730 | W9 – Sauro 2020 |
| 0000731-733 | 2020 Nonemployee Compensation |
| 0000734-744 | Sedera, Inc. – Sauro (with invoices) |
| 0000745-750 | Emails between Sauro and Sedera re invoices |

| PL's Bates Label Townsley _____ | DESCRIPTION |
|---|---|
| 0026-0032 | Revenue and ACV Bookings 1/25/17 |
| 0033-0039 | Revenue and ACV Booking 7/24/17 |
| 0040-0067 | Tax Return 2020 |
| 0080-0088 | Revenue and ACV Booking 1/25/17 |
| 0089-0093 | Incentive Statements 1/1/17-6/3017 |
| 0094-0097 | Incentive Statements 1/1/17-6/3017 (dup.) |
| 0098-0104 | Revenue and ACV Booking 7/24/17 (dup.) |
| 0105-0109 | Incentive Statements 1/7/17-12/31/17 |
| 0110-0115 | Incentive Statements 1/1/18-6/30/18 |
| 0116-0122 | Incentive Statements 1/1/18-6/30/18 (dup.) |



**Original Report**                **Exhibit 1**                **Page 022**

**Original Report**                    **Exhibit 1**

Expert Report of Mark Rambin            Townsley, et al. v. International Business Machines Corporation

## Exhibit B.  Information Considered

As of February 15, 2021

| | |
|---|---|
| 0123-0128 | Incentive Statements 1/1/18-6/30/18 |
| 0129-0131 | Incentive Plan Search 2015 |
| 0132-0134 | Incentive Plan Search 2016 |
| 0135-0156 | IBM Benefit Program |
| 0157-0158 | Semi Monthly Oay and Contributions Statement 6/1-6/15/18 |
| 0159-0161 | Employee History |
| 0163-0165 | Incentive Plan Search 2015 (dup.) |
| 0166-0168 | Incentive Plan Search 2016 |
| 0169-0183 | Incentive Statement 2017 |
| 0184-0200 | Incentive Statement 2018 |
| 0201-0210 | Incentive Calculation 2018 |
| 0211-0213 | Employee History (dup.) |
| 0214-0217 | Performance Assessment 2016 |
| 0218-0220 | Performance Assessment 2017 |
| 0221-0246 | 100 Percent Club 2017 |
| 0247-0251 | 100 Percent Club 2018 |
| 0265-0268 | Performance Assessment 2016 (dup.) |
| 0269-0272 | Performance Assessment 2017 (dup.) |
| 0273 | Direct Pay Confirmation 12/15/2020 |
| 0277-0278 | Eminence and Excellence Cash Award 5/18/18 |
| 0279-0280 | Eminence and Excellence Cash Award 5/18/18 (dup.) |
| 0284-0311 | 100 Percent Club 2017 (dup.) |
| 0319-0321 | Employee History (dup.) |
| 0322-0326 | SEA Honorees 2014 |
| 0327 | Bonus Log |
| 0328-0332 | SEA Honorees 2014 (dup.) |
| 0334-0369 | Tax Return 2018 |
| 0370-0403 | Tax Return 2019 |
| 0404-0407 | Unemployment Benefits |
| 0411-601 | Forms 1040 2013-2020 and 2018 Unemploment information |
| 0602-603 | 2021 Form W-2 |

| DF Bates Label | DESCRIPTION |
|---|---|
| IBMK-TOW _____ | |
| 0000096-99 | Emails re overpayment to Townsley |
| 0000100-103 | Email re payment |
| 0000111 | Employee Chart with salary codes |
| 0000168-170 | Employee Profile Information – Justin Crohn |
| 0000381-383 | Employee Profile Information – Kalman Gyimesi |
| 0000384-433 | Semi-Monthly Payroll Statements 1/1/15- |
| 0000541 | Employee Chart with salary codes |
| 0000586 | Revenue chart |
| 0000588 | Revenue chart |



7

**Original Report**                    **Exhibit 1**                    **Page 023**

**Original Report**                    **Exhibit 1**

Expert Report of Mark Rambin                    Townsley, et al. v. International Business Machines Corporation

## Exhibit B.  Information Considered

As of February 15, 2021

| | |
|---|---|
| 0000600 | Pipeline Indicators |
| 0000601 | Pipeline Indicators |
| 0000603 | Pipeline Progression |
| 0000604 | Revenue Chart |
| 0000723-863 | Emails between Townsley and IBM re money owed by Townsley |
| 0000881-1048 | Emails between Townsley and IBM re money owed by Townsley (2) |
| 0001069 | Pipeline Indicators |
| 0001070 | Pipeline Indicators |
| 0001074 | Pipeline Progression |
| 0001078 | Pipeline Progression |
| 0001191-1206 | Emails between Townsley and IBM re money owed by Townsley (3) |
| 0001234-1244 | Emails between Townsley and IBM re money owed by Townsley (4) |
| 0001269-1270 | IBM Salary Itemizations (2016-2018) |
| 0001271-0001277 | IBM Confidential Performance Assessment |
| 0001280-1289 | IBM Application for Employment (5/13/1985) |
| 0001339 | Fidelity – Define Benefit System |
| 0001340-1342 | Position and Salary Chart |
| 0001343 | Personal Pension Account |
| 0001344 | Date of Hire wrksht |
| 0001345-1346 | Update Misc. Hire Data |
| 0001360-1361 | Checklist of Financial Obligations/ Property |
| 0001380-1382 | Employee Profile Information – Chuck Townlsey |
| 0001408-1411 | Earning Report |
| 00001412-1417 | Oracle – Payroll Report |
| 0001418-1422 | W2 2019 |
| 0001423-1431 | State Tax Rules 2019-2021 |
| 0001432-1445 | FY21 Annual Evaluation - Oracle |
| 0001452-1458 | Health – Election History 2019-2020 |
| 0001460-1495 | Time Entry Report - Oracle |
| 0001496-1497 | Job Offer Ltr – Oracle 5/14/2019 |
| NATIVES | |
| 0000596 | Cloud Node Based Weekly Key Deals Report |
| 0000594 | Cloud Node Based Weekly Key Deals Report |
| 0000588 | Total Pipeline |
| 586 | Total Pipeline |
| 600 | SOM Excel |
| 604 | Total Pipeline |

Social Security Administration Average Wage Index 1984-2020
Social Security Administration Cost Of Living Adjustments 1975-2022
Federal Open Market Committee Summary of Economic Projections December 15, 2021



**Original Report**                    **Exhibit 1**                    **Page 024**

Original Report                    Exhibit 1                         Exhibit C

# Rosa Davidson

## General Information

| | |
|---|---|
| Damages Date: | 9/30/2019 |
| Trial or Settlement Date: | 10/1/2022 |
| Interest Rate (Past Damages): | 2.00% |
| Discount Rate (Future Damages): | 2.50% |
| Periodic Compounding: | Annually |
| Present Value Interest Calculation: | Simple Interest |

## Plaintiff Information

| | |
|---|---|
| Gender: | Female |
| Race: | Hispanic |
| Birth Date: | 4/10/1962 |
| Age at Injury: | 57.47 |
| Projected Retirement Age*: | 70.00 |
| Projected Age at Death**: | 86.65 |

\* Ms. Davidson has stated that her intention was to remain employed by IBM until age 70.

\*\* Life expectancy calculated for Hispanic women. Study used: United States Life Tables, 2017 by Elizabeth Arias, Ph.D., and Jiaquan Xu, M.D., Division of Vital Statistics, National Vital Statistics Reports, Volume 68, Number 7, June 24 2019.

## Damages Summary

| | Future Values | | Present Values | |
|---|---|---|---|---|
| | **Pre-Trial** | **Post-Trial** | **Pre-Trial** | **Post-Trial** |
| Lost Income | $96,815 | $165,664 | $100,176 | $146,222 |
| Lost Fringe Benefits | $88,187 | $73,522 | $91,327 | $64,893 |
| Subtotal: Lost Earnings | $185,003 | $239,185 | $191,503 | $211,115 |
| Other Damages | $0 | $0 | $0 | $0 |
| Total Damages | $185,003 | $239,185 | $191,503 | $211,115 |
| **Grand Total Damages** | **$424,188** | | **$402,617** | |

Original Report                    Exhibit 1                         Page 025

**Original Report**                    **Exhibit 1**                    Exhibit C

# Lost Income

## Projected Employment Without Damages

| From | To | Occupation | Employer | Initial Salary | Benefits % | Pre-Trial Growth | Post-Trial Growth |
|------|-----|-----------|----------|---------------|-----------|-----------------|------------------|
| 10/01/19 | 04/10/32 | Software Developer | IBM | $147,372 | 44.38% | 3.00% | 3.00% |

## Actual and Projected Employment With Damages

| From | To | Occupation | Employer | Initial Salary | Benefits % | Pre-Trial Growth | Post-Trial Growth |
|------|-----|-----------|----------|---------------|-----------|-----------------|------------------|
| 10/01/19 | 12/31/19 | Unemployed | Texas Workforce Commission | $7,605 | 0.00% | 0.00% | 0.00% |
| 01/01/20 | 05/31/20 | Unemployed | Texas Workforce Commission | $11,829 | 0.00% | 0.00% | 0.00% |
| 06/01/20 | 11/29/20 | Consultant | Aditi Consulting | $82,460 | 0.00% | 0.00% | 0.00% |
| 11/30/20 | 12/31/20 | Security Architect | Cognizant Technology | $145,000 | 44.38% | 0.00% | 0.00% |
| 01/01/21 | 04/10/32 | Security Architect | Cognizant Technology | $145,000 | 44.38% | 0.00% | 3.00% |

## Pre-Trial Lost Income

| Period | From | To | Income | Benefits | Total Uninjured | Income | Benefits | Total Injured | Loss | Present Value |
|--------|------|-----|--------|----------|----------------|--------|----------|--------------|------|--------------|
| 1 | 09/30/19 | 12/31/19 | $37,146 | $16,485 | $53,631 | $7,605 | $0 | $7,605 | $46,026 | $48,556 |
| 2 | 01/01/20 | 12/31/20 | $151,793 | $67,366 | $219,159 | $106,967 | $5,626 | $112,593 | $106,566 | $110,291 |
| 3 | 01/01/21 | 12/31/21 | $156,347 | $69,387 | $225,734 | $145,000 | $64,351 | $209,351 | $16,383 | $16,628 |
| 4 | 01/01/22 | 09/30/22 | $119,553 | $53,058 | $172,611 | $108,452 | $48,131 | $156,583 | $16,028 | $16,028 |
| **Total** | **09/30/19** | **09/30/22** | **$464,839** | **$206,296** | **$671,135** | **$368,024** | **$118,108** | **$486,132** | **$185,003** | **$191,503** |

## Post-Trial Lost Income

| Period | From | To | Income | Benefits | Total Uninjured | Income | Benefits | Total Injured | Loss | Present Value |
|--------|------|-----|--------|----------|----------------|--------|----------|--------------|------|--------------|
| 1 | 10/01/22 | 12/31/22 | $40,590 | $18,014 | $58,604 | $36,821 | $16,341 | $53,163 | $5,442 | $5,408 |
| 2 | 01/01/23 | 12/31/23 | $165,868 | $73,612 | $239,481 | $150,467 | $66,777 | $217,244 | $22,237 | $21,562 |
| 3 | 01/01/24 | 12/31/24 | $170,845 | $75,821 | $246,665 | $154,981 | $68,781 | $223,761 | $22,904 | $21,683 |
| 4 | 01/01/25 | 12/31/25 | $175,970 | $78,095 | $254,065 | $159,630 | $70,844 | $230,474 | $23,591 | $21,817 |
| 5 | 01/01/26 | 12/31/26 | $181,249 | $80,438 | $261,687 | $164,419 | $72,969 | $237,388 | $24,299 | $21,964 |
| 6 | 01/01/27 | 12/31/27 | $186,686 | $82,851 | $269,538 | $169,352 | $75,158 | $244,510 | $25,028 | $22,123 |
| 7 | 01/01/28 | 12/31/28 | $192,287 | $85,337 | $277,624 | $174,432 | $77,413 | $251,845 | $25,779 | $22,294 |
| 8 | 01/01/29 | 12/31/29 | $198,056 | $87,897 | $285,953 | $179,665 | $79,735 | $259,401 | $26,552 | $22,477 |
| 9 | 01/01/30 | 12/31/30 | $203,997 | $90,534 | $294,531 | $185,055 | $82,128 | $267,183 | $27,349 | $22,671 |
| 10 | 01/01/31 | 12/31/31 | $210,117 | $93,250 | $303,367 | $190,607 | $84,591 | $275,198 | $28,169 | $22,877 |
| 11 | 01/01/32 | 12/31/32 | $58,458 | $25,944 | $84,402 | $53,030 | $23,535 | $76,565 | $7,837 | $6,238 |
| **Total** | **10/01/22** | **12/02/48** | **$1,784,124** | **$791,794** | **$2,575,918** | **$1,618,460** | **$718,273** | **$2,336,733** | **$239,185** | **$211,115** |

**Original Report**                    **Exhibit 1**                    **Page 026**

# Thanh Do

## General Information

| | |
|---|---|
| Damages Date: | 9/4/2019 |
| Trial or Settlement Date: | 10/1/2022 |
| Interest Rate (Past Damages): | 2.00% |
| Discount Rate (Future Damages): | 2.50% |
| Periodic Compounding: | Annually |
| Present Value Interest Calculation: | Simple Interest |

## Plaintiff Information

| | |
|---|---|
| Gender: | Female |
| Race: | White |
| Birth Date: | 2/20/1961 |
| Age at Injury: | 58.54 |
| Projected Retirement Age*: | 66.85 |
| Projected Age at Death**: | 84.45 |

\* Worklife expectancy calculated for all women active in the workforce with a master's degree. Study used: The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors, Gary R. Skoog, James E. Ciecka and Kurt V. Krueger, Journal of Forensic Economics, 22(2), 2011.

\*\* Life expectancy calculated for white women. Study used: United States Life Tables, 2017 by Elizabeth Arias, Ph.D., and Jiaquan Xu, M.D., Division of Vital Statistics, National Vital Statistics Reports, Volume 68, Number 7, June 24, 2019.

# Damages Summary

| | Future Values | | Present Values | |
|---|---|---|---|---|
| | Pre-Trial | Post-Trial | Pre-Trial | Post-Trial |
| Lost Income | $347,961 | $786,893 | $354,980 | $729,989 |
| Lost Fringe Benefits | $180,763 | $349,223 | $184,671 | $323,969 |
| Subtotal: Lost Earnings | $528,723 | $1,136,116 | $539,651 | $1,053,959 |
| Other Damages | $0 | $0 | $0 | $0 |
| Total Damages | $528,723 | $1,136,116 | $539,651 | $1,053,959 |
| **Grand Total Damages** | **$1,664,839** | | **$1,593,610** | |

Original Report                     Exhibit 1                          Exhibit C

# Lost Income

## Projected Employment Without Damages

| From | To | Occupation | Employer | Initial Salary | Benefits % | Pre-Trial Growth | Post-Trial Growth |
|------|-----|-----------|----------|---------------|-----------|-----------------|------------------|
| 09/04/19 | 12/27/27 | Senior Software Engineer | IBM | $126,173 | 44.38% | 3.00% | 3.00% |

## Actual and Projected Employment With Damages

| From | To | Occupation | Employer | Initial Salary | Benefits % | Pre-Trial Growth | Post-Trial Growth |
|------|-----|-----------|----------|---------------|-----------|-----------------|------------------|
| 09/04/19 | 12/31/19 | Unemployed | Texas Workforce Commission | $6,591 | 0.00% | 0.00% | 0.00% |
| 01/01/20 | 12/31/20 | Unemployed | Texas Workforce Commission | $31,773 | 0.00% | 0.00% | 0.00% |
| 01/01/21 | 12/31/21 | Unemployed | Texas Workforce Commission | $20,982 | 0.00% | 0.00% | 0.00% |

## Pre-Trial Lost Income

| Period | From | To | Income | Benefits | Total Uninjured | Income | Benefits | Total Injured | Loss | Present Value |
|--------|------|-----|--------|----------|----------------|--------|----------|--------------|------|--------------|
| 1 | 09/04/19 | 12/31/19 | $41,136 | $18,256 | $59,392 | $6,591 | $0 | $6,591 | $52,801 | $55,703 |
| 2 | 01/01/20 | 12/31/20 | $129,958 | $57,675 | $187,634 | $31,773 | $0 | $31,773 | $155,861 | $161,309 |
| 3 | 01/01/21 | 12/31/21 | $133,857 | $59,406 | $193,263 | $20,982 | $0 | $20,982 | $172,281 | $174,858 |
| 4 | 01/01/22 | 09/30/22 | $102,356 | $45,425 | $147,781 | $0 | $0 | $0 | $147,781 | $147,781 |
| **Total** | **09/04/19** | **09/30/22** | **$407,307** | **$180,763** | **$588,069** | **$59,346** | **$0** | **$59,346** | **$528,723** | **$539,651** |

## Post-Trial Lost Income

| Period | From | To | Income | Benefits | Total Uninjured | Income | Benefits | Total Injured | Loss | Present Value |
|--------|------|-----|--------|----------|----------------|--------|----------|--------------|------|--------------|
| 1 | 10/01/22 | 12/31/22 | $34,751 | $15,423 | $50,174 | $0 | $0 | $0 | $50,174 | $49,860 |
| 2 | 01/01/23 | 12/31/23 | $142,009 | $63,024 | $205,032 | $0 | $0 | $0 | $205,032 | $198,809 |
| 3 | 01/01/24 | 12/31/24 | $146,269 | $64,914 | $211,183 | $0 | $0 | $0 | $211,183 | $199,927 |
| 4 | 01/01/25 | 12/31/25 | $150,657 | $66,862 | $217,519 | $0 | $0 | $0 | $217,519 | $201,164 |
| 5 | 01/01/26 | 12/31/26 | $155,177 | $68,867 | $224,044 | $0 | $0 | $0 | $224,044 | $202,517 |
| 6 | 01/01/27 | 12/31/27 | $158,029 | $70,133 | $228,163 | $0 | $0 | $0 | $228,163 | $201,682 |
| **Total** | **10/01/22** | **08/04/45** | **$786,893** | **$349,223** | **$1,136,116** | **$0** | **$0** | **$0** | **$1,136,116** | **$1,053,959** |

Original Report                     Exhibit 1                          Page 029

# Janet Gelphman

## General Information

| | |
|---|---|
| Damages Date: | 6/27/2018 |
| Trial or Settlement Date: | 10/1/2022 |
| Interest Rate (Past Damages): | 2.00% |
| Discount Rate (Future Damages): | 2.50% |
| Periodic Compounding: | Annually |
| Present Value Interest Calculation: | Simple Interest |

## Plaintiff Information

| | |
|---|---|
| Gender: | Female |
| Race: | White |
| Birth Date: | 2/9/1955 |
| Age at Injury: | 63.38 |
| Projected Retirement Age*: | 69.08 |
| Projected Age at Death**: | 85.28 |

\*   Worklife expectancy calculated for all women active in the workforce with a bachelor's degree. Study used: The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors, Gary R. Skoog, James E. Ciecka and Kurt V. Krueger, Journal of Forensic Economics, 22(2), 2011.

\*\*   Life expectancy calculated for white women. Study used: United States Life Tables, 2017 by Elizabeth Arias, Ph.D., and Jiaquan Xu, M.D., Division of Vital Statistics, National Vital Statistics Reports, Volume 68, Number 7, June 24, 2019.

# Damages Summary

| | Future Values | | Present Values | |
|---|---|---|---|---|
| | **Pre-Trial** | **Post-Trial** | **Pre-Trial** | **Post-Trial** |
| Lost Income | $64,616 | ($12,947) | $70,181 | ($12,568) |
| Lost Fringe Benefits | $49,840 | ($5,746) | $53,519 | ($5,578) |
| Subtotal: Lost Earnings | $114,456 | ($18,693) | $123,700 | ($18,146) |
| Other Damages | $0 | $0 | $0 | $0 |
| Total Damages | $114,456 | ($18,693) | $123,700 | ($18,146) |
| **Grand Total Damages** | **$95,763** | | **$105,554** | |

Original Report          Exhibit 1                    Exhibit C

# Lost Income

## Projected Employment Without Damages

| From | To | Occupation | Employer | Initial Salary | Benefits % | Pre-Trial Growth | Post-Trial Growth |
|------|------|------------|----------|----------------|-----------|------------------|-------------------|
| 06/27/18 | 03/09/24 | UX Designer | IBM | $99,996 | 44.38% | 3.00% | 3.00% |

## Actual and Projected Employment With Damages

| From | To | Occupation | Employer | Initial Salary | Benefits % | Pre-Trial Growth | Post-Trial Growth |
|------|------|------------|----------|----------------|-----------|------------------|-------------------|
| 06/27/18 | 12/31/18 | Unemployment Compensation | Texas Workforce Commission | $10,374 | 0.00% | 0.00% | 0.00% |
| 01/01/19 | 07/31/19 | Unemployment Compensation | Texas Workforce Commission | $2,470 | 0.00% | 0.00% | 0.00% |
| 08/01/19 | 11/30/19 | UX Contractor | GTN | $39,872 | 0.00% | 0.00% | 0.00% |
| 12/01/19 | 03/09/24 | UX Architect | Blue Yonder Inc. | $120,410 | 44.38% | 0.00% | 3.00% |

## Pre-Trial Lost Income

| Period | From | To | Income | Benefits | Total Uninjured | Income | Benefits | Total Injured | Loss | Present Value |
|--------|------|------|--------|----------|-----------------|--------|----------|---------------|------|---------------|
| 1 | 06/27/18 | 12/31/18 | $51,505 | $22,858 | $74,363 | $5,343 | $0 | $5,343 | $69,019 | $74,193 |
| 2 | 01/01/19 | 12/31/19 | $102,996 | $45,710 | $148,705 | $52,569 | $4,539 | $57,107 | $91,598 | $96,632 |
| 3 | 01/01/20 | 12/31/20 | $106,086 | $47,081 | $153,167 | $120,410 | $53,438 | $173,848 | ($20,681) | ($21,404) |
| 4 | 01/01/21 | 12/31/21 | $109,268 | $48,493 | $157,762 | $120,410 | $53,438 | $173,848 | ($16,086) | ($16,327) |
| 5 | 01/01/22 | 09/30/22 | $83,554 | $37,081 | $120,635 | $90,060 | $39,969 | $130,029 | ($9,394) | ($9,394) |
| **Total** | **06/27/18** | **09/30/22** | **$453,408** | **$201,223** | **$654,631** | **$388,792** | **$151,383** | **$540,175** | **$114,456** | **$123,700** |

## Post-Trial Lost Income

| Period | From | To | Income | Benefits | Total Uninjured | Income | Benefits | Total Injured | Loss | Present Value |
|--------|------|------|--------|----------|-----------------|--------|----------|---------------|------|---------------|
| 1 | 10/01/22 | 12/31/22 | $28,368 | $12,590 | $40,958 | $30,577 | $13,570 | $44,147 | ($3,189) | ($3,169) |
| 2 | 01/01/23 | 12/31/23 | $115,923 | $51,447 | $167,369 | $124,950 | $55,453 | $180,402 | ($13,033) | ($12,638) |
| 3 | 01/01/24 | 12/31/24 | $21,976 | $9,753 | $31,730 | $23,688 | $10,513 | $34,200 | ($2,471) | ($2,339) |
| **Total** | **10/01/22** | **05/19/40** | **$166,267** | **$73,789** | **$240,056** | **$179,214** | **$79,535** | **$258,750** | **($18,693)** | **($18,146)** |

Original Report          Exhibit 1                    Page 032

**Original Report**                    **Exhibit 1**                    Exhibit C

# Titon Hoque

## General Information

| | |
|---|---|
| Damages Date: | 7/18/2018 |
| Trial or Settlement Date: | 10/1/2022 |
| Interest Rate (Past Damages): | 2.00% |
| Discount Rate (Future Damages): | 2.50% |
| Periodic Compounding: | Annually |
| Present Value Interest Calculation: | Simple Interest |

## Plaintiff Information

| | |
|---|---|
| Gender: | Male |
| Race: | White |
| Birth Date: | 1/24/1974 |
| Age at Injury: | 44.48 |
| Projected Retirement Age*: | 70.00 |
| Projected Age at Death**: | 79.25 |

\*   Mr. Hoque has stated that it was his intention to remain employed by IBM until age 70.

\*\*  Life expectancy calculated for white men. Study used: United States Life Tables, 2017 by Elizabeth Arias, Ph.D., and Jiaquan Xu, M.D., Division of Vital Statistics, National Vital Statistics Reports, Volume 68, Number 7, June 24, 2019.

## Damages Summary

| | Future Values | | Present Values | |
|---|---|---|---|---|
| | **Pre-Trial** | **Post-Trial** | **Pre-Trial** | **Post-Trial** |
| Lost Income | $278,054 | $700,631 | $292,626 | $543,867 |
| Lost Fringe Benefits | $196,087 | $310,940 | $205,244 | $241,368 |
| Subtotal: Lost Earnings | $474,140 | $1,011,571 | $497,870 | $785,236 |
| Other Damages | $0 | $0 | $0 | $0 |
| Total Damages | $474,140 | $1,011,571 | $497,870 | $785,236 |
| **Grand Total Damages** | **$1,485,711** | | **$1,283,106** | |

**Original Report**                    **Exhibit 1**                    **Page 033**

Original Report                    Exhibit 1                              Exhibit C

# Lost Income

## Projected Employment Without Damages

| From | To | Occupation | Employer | Initial Salary | Benefits % | Pre-Trial Growth | Post-Trial Growth |
|---|---|---|---|---|---|---|---|
| 07/18/18 | 01/24/44 | Technical Services Professional | IBM | $158,952 | 44.38% | 3.00% | 3.00% |

## Actual and Projected Employment With Damages

| From | To | Occupation | Employer | Initial Salary | Benefits % | Pre-Trial Growth | Post-Trial Growth |
|---|---|---|---|---|---|---|---|
| 07/18/18 | 12/31/18 | Unemployed | Texas Workforce Commission | $8,398 | 0.00% | 0.00% | 0.00% |
| 01/01/20 | 12/31/20 | Sole Proprietor | HHH LLC | $155,384 | 0.00% | 0.00% | 0.00% |
| 01/01/21 | 01/24/44 | Technology Specialist | Austin Community College | $154,324 | 44.38% | 0.00% | 3.00% |

## Pre-Trial Lost Income

| Period | From | To | Income | Benefits | Total Uninjured | Income | Benefits | Total Injured | Loss | Present Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 07/18/18 | 12/31/18 | $72,726 | $32,276 | $105,002 | $8,398 | $0 | $8,398 | $96,604 | $103,845 |
| 2 | 01/01/19 | 12/31/19 | $163,721 | $72,659 | $236,380 | $0 | $0 | $0 | $236,380 | $249,371 |
| 3 | 01/01/20 | 12/31/20 | $168,632 | $74,839 | $243,471 | $155,384 | $0 | $155,384 | $88,087 | $91,167 |
| 4 | 01/01/21 | 12/31/21 | $173,691 | $77,084 | $250,775 | $154,324 | $68,489 | $222,813 | $27,962 | $28,381 |
| 5 | 01/01/22 | 09/30/22 | $132,816 | $58,944 | $191,759 | $115,426 | $51,226 | $166,652 | $25,107 | $25,107 |
| Total | 07/18/18 | 09/30/22 | $711,585 | $315,802 | $1,027,387 | $433,532 | $119,715 | $553,247 | $474,140 | $497,870 |

## Post-Trial Lost Income

| Period | From | To | Income | Benefits | Total Uninjured | Income | Benefits | Total Injured | Loss | Present Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10/01/22 | 12/31/22 | $45,093 | $20,012 | $65,105 | $39,189 | $17,392 | $56,581 | $8,524 | $8,471 |
| 2 | 01/01/23 | 12/31/23 | $184,269 | $81,779 | $266,047 | $160,142 | $71,071 | $231,214 | $34,834 | $33,777 |
| 3 | 01/01/24 | 12/31/24 | $189,797 | $84,232 | $274,029 | $164,947 | $73,203 | $238,150 | $35,879 | $33,967 |
| 4 | 01/01/25 | 12/31/25 | $195,491 | $86,759 | $282,250 | $169,895 | $75,399 | $245,295 | $36,955 | $34,177 |
| 5 | 01/01/26 | 12/31/26 | $201,356 | $89,362 | $290,717 | $174,992 | $77,661 | $252,653 | $38,064 | $34,406 |
| 6 | 01/01/27 | 12/31/27 | $207,396 | $92,042 | $299,439 | $180,242 | $79,991 | $260,233 | $39,206 | $34,656 |
| 7 | 01/01/28 | 12/31/28 | $213,618 | $94,804 | $308,422 | $185,649 | $82,391 | $268,040 | $40,382 | $34,923 |
| 8 | 01/01/29 | 12/31/29 | $220,027 | $97,648 | $317,675 | $191,218 | $84,863 | $276,081 | $41,593 | $35,210 |
| 9 | 01/01/30 | 12/31/30 | $226,628 | $100,577 | $327,205 | $196,955 | $87,409 | $284,364 | $42,841 | $35,515 |
| 10 | 01/01/31 | 12/31/31 | $233,426 | $103,595 | $337,021 | $202,864 | $90,031 | $292,894 | $44,126 | $35,837 |
| 11 | 01/01/32 | 12/31/32 | $240,429 | $106,702 | $347,132 | $208,950 | $92,732 | $301,681 | $45,450 | $36,178 |
| 12 | 01/01/33 | 12/31/33 | $247,642 | $109,904 | $357,546 | $215,218 | $95,514 | $310,732 | $46,814 | $36,536 |
| 13 | 01/01/34 | 12/31/34 | $255,071 | $113,201 | $368,272 | $221,675 | $98,379 | $320,054 | $48,218 | $36,912 |
| 14 | 01/01/35 | 12/31/35 | $262,723 | $116,597 | $379,320 | $228,325 | $101,331 | $329,655 | $49,665 | $37,305 |
| 15 | 01/01/36 | 12/31/36 | $270,605 | $120,095 | $390,700 | $235,175 | $104,370 | $339,545 | $51,155 | $37,716 |
| 16 | 01/01/37 | 12/31/37 | $278,723 | $123,697 | $402,421 | $242,230 | $107,502 | $349,731 | $52,689 | $38,145 |
| 17 | 01/01/38 | 12/31/38 | $287,085 | $127,408 | $414,493 | $249,497 | $110,727 | $360,223 | $54,270 | $38,591 |
| 18 | 01/01/39 | 12/31/39 | $295,698 | $131,231 | $426,928 | $256,982 | $114,048 | $371,030 | $55,898 | $39,054 |

Original Report                    Exhibit 1                              Page 034

**Original Report**                **Exhibit 1**                Exhibit C

| Period | From | To | Income | Benefits | Total Uninjured | Income | Benefits | Total Injured | Loss | Present Value |
|--------|------|-----|--------|----------|-----------------|--------|----------|---------------|------|---------------|
| 19 | 01/01/40 | 12/31/40 | $304,568 | $135,167 | $439,736 | $264,691 | $117,470 | $382,161 | $57,575 | $39,535 |
| 20 | 01/01/41 | 12/31/41 | $313,706 | $139,223 | $452,928 | $272,632 | $120,994 | $393,626 | $59,302 | $40,034 |
| 21 | 01/01/42 | 12/31/42 | $323,117 | $143,399 | $466,516 | $280,811 | $124,624 | $405,434 | $61,081 | $40,551 |
| 22 | 01/01/43 | 12/31/43 | $332,810 | $147,701 | $480,511 | $289,235 | $128,363 | $417,598 | $62,914 | $41,085 |
| 23 | 01/01/44 | 12/31/44 | $21,866 | $9,704 | $31,570 | $19,003 | $8,434 | $27,437 | $4,134 | $2,656 |
| **Total** | **10/01/22** | **04/24/53** | **$5,351,144** | **$2,374,838** | **$7,725,982** | **$4,650,514** | **$2,063,898** | **$6,714,412** | **$1,011,571** | **$785,236** |

**Original Report**                **Exhibit 1**                **Page 035**

# Michael Kelly

## General Information

| | |
|---|---|
| Damages Date: | 6/30/2018 |
| Trial or Settlement Date: | 10/1/2022 |
| Interest Rate (Past Damages): | 2.00% |
| Discount Rate (Future Damages): | 2.50% |
| Periodic Compounding: | Annually |
| Present Value Interest Calculation: | Simple Interest |

## Plaintiff Information

| | |
|---|---|
| Gender: | Male |
| Race: | White |
| Birth Date: | 12/30/1958 |
| Age at Injury: | 59.50 |
| Projected Retirement Age*: | 66.73 |
| Projected Age at Death**: | 81.70 |

\* Worklife expectancy calculated for all men active in the workforce with a bachelor's degree. Study used: The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors, Gary R. Skoog, James E. Ciecka and Kurt V. Krueger, Journal of Forensic Economics, 22(2), 2011.

\*\* Life expectancy calculated for white men. Study used: United States Life Tables, 2017 by Elizabeth Arias, Ph.D., and Jiaquan Xu, M.D., Division of Vital Statistics, National Vital Statistics Reports, Volume 68, Number 7, June 24, 2019.

# Damages Summary

| | Future Values | | Present Values | |
|---|---|---|---|---|
| | **Pre-Trial** | **Post-Trial** | **Pre-Trial** | **Post-Trial** |
| Lost Income | $340,030 | ($31,210) | $359,587 | ($29,340) |
| Lost Fringe Benefits | $162,188 | ($13,851) | $171,310 | ($13,021) |
| Subtotal: Lost Earnings | $502,218 | ($45,061) | $530,897 | ($42,360) |
| Other Damages | $0 | $0 | $0 | $0 |
| Total Damages | $502,218 | ($45,061) | $530,897 | ($42,360) |
| **Grand Total Damages** | **$457,157** | | **$488,536** | |

**Original Report**      **Exhibit 1**      Exhibit C

# Lost Income

## Projected Employment Without Damages

| From | To | Occupation | Employer | Initial Salary | Benefits % | Pre-Trial Growth | Post-Trial Growth |
|------|-----|-----------|----------|----------------|-----------|------------------|-------------------|
| 06/30/18 | 09/22/25 | Sales Specialist | IBM | $254,230 | 44.38% | 0.00% | 0.00% |

## Actual and Projected Employment With Damages

| From | To | Occupation | Employer | Initial Salary | Benefits % | Pre-Trial Growth | Post-Trial Growth |
|------|-----|-----------|----------|----------------|-----------|------------------|-------------------|
| 01/01/19 | 04/30/19 | Unemployment | Texas Workforce Commission | $5,434 | 0.00% | 0.00% | 0.00% |
| 05/01/19 | 12/31/19 | Senior Director | HID Global | $113,258 | 44.38% | 0.00% | 0.00% |
| 01/01/20 | 08/31/20 | Senior Director | HID Global | $166,000 | 44.38% | 0.00% | 0.00% |
| 09/01/20 | 12/31/20 | Unemployment | Texas Workforce Commission | $19,988 | 0.00% | 0.00% | 0.00% |
| 01/01/21 | 09/22/25 | Global Channel Director | Measurabl | $250,000 | 44.38% | 0.00% | 3.00% |

## Pre-Trial Lost Income

| Period | From | To | Income | Benefits | Total Uninjured | Income | Benefits | Total Injured | Loss | Present Value |
|--------|------|-----|--------|----------|-----------------|--------|----------|---------------|------|---------------|
| 1 | 06/30/18 | 12/31/18 | $128,856 | $57,186 | $186,043 | $0 | $0 | $0 | $186,043 | $199,988 |
| 2 | 01/01/19 | 12/31/19 | $254,230 | $112,827 | $367,057 | $118,692 | $50,264 | $168,956 | $198,101 | $208,989 |
| 3 | 01/01/20 | 12/31/20 | $254,230 | $112,827 | $367,057 | $185,988 | $73,671 | $259,659 | $107,398 | $111,153 |
| 4 | 01/01/21 | 12/31/21 | $254,230 | $112,827 | $367,057 | $250,000 | $110,950 | $360,950 | $6,107 | $6,199 |
| 5 | 01/01/22 | 09/30/22 | $190,150 | $84,389 | $274,539 | $186,986 | $82,985 | $269,971 | $4,568 | $4,568 |
| **Total** | **06/30/18** | **09/30/22** | **$1,081,696** | **$480,057** | **$1,561,753** | **$741,666** | **$317,869** | **$1,059,536** | **$502,218** | **$530,897** |

## Post-Trial Lost Income

| Period | From | To | Income | Benefits | Total Uninjured | Income | Benefits | Total Injured | Loss | Present Value |
|--------|------|-----|--------|----------|-----------------|--------|----------|---------------|------|---------------|
| 1 | 10/01/22 | 12/31/22 | $64,080 | $28,439 | $92,519 | $63,485 | $28,175 | $91,660 | $859 | $854 |
| 2 | 01/01/23 | 12/31/23 | $254,230 | $112,827 | $367,057 | $259,426 | $115,133 | $374,559 | ($7,501) | ($7,274) |
| 3 | 01/01/24 | 12/31/24 | $254,230 | $112,827 | $367,057 | $267,208 | $118,587 | $385,796 | ($18,738) | ($17,739) |
| 4 | 01/01/25 | 12/31/25 | $184,578 | $81,916 | $266,494 | $198,209 | $87,965 | $286,174 | ($19,680) | ($18,201) |
| **Total** | **10/01/22** | **09/10/40** | **$757,118** | **$336,009** | **$1,093,127** | **$788,328** | **$349,860** | **$1,138,188** | **($45,061)** | **($42,360)** |

**Original Report**      **Exhibit 1**      **Page 038**

# Walter Noffsinger

## General Information

| | |
|---|---|
| Damages Date: | 6/22/2020 |
| Trial or Settlement Date: | 10/1/2022 |
| Interest Rate (Past Damages): | 2.00% |
| Discount Rate (Future Damages): | 2.50% |
| Periodic Compounding: | Annually |
| Present Value Interest Calculation: | Simple Interest |

## Plaintiff Information

| | |
|---|---|
| Gender: | Male |
| Race: | White |
| Birth Date: | 3/7/1960 |
| Age at Injury: | 60.29 |
| Projected Retirement Age*: | 70.00 |
| Projected Age at Death**: | 81.86 |

\*   Mr. Noffsinger has stated that it was his intention to remain employed by IBM until age 70.

\*\*  Life expectancy calculated for white men. Study used: United States Life Tables, 2017 by Elizabeth Arias, Ph.D., and Jiaquan Xu, M.D., Division of Vital Statistics, National Vital Statistics Reports, Volume 68, Number 7, June 24, 2019.

## Damages Summary

| | Future Values | | Present Values | |
|---|---|---|---|---|
| | Pre-Trial | Post-Trial | Pre-Trial | Post-Trial |
| Lost Income | $387,288 | $1,206,489 | $393,615 | $1,090,765 |
| Lost Fringe Benefits | $182,496 | $535,440 | $185,628 | $484,082 |
| Subtotal: Lost Earnings | $569,784 | $1,741,929 | $579,243 | $1,574,847 |
| Other Damages | $94,071 | $0 | $97,360 | $0 |
| Total Damages | $663,855 | $1,741,929 | $676,602 | $1,574,847 |
| **Grand Total Damages** | **$2,405,784** | | **$2,251,449** | |

Original Report                                     Exhibit 1                                     Exhibit C

# Lost Income

## Projected Employment Without Damages

| From | To | Occupation | Employer | Initial Salary | Benefits % | Pre-Trial Growth | Post-Trial Growth |
|------|-----|-----------|----------|---------------|-----------|-----------------|------------------|
| 06/22/20 | 03/07/30 | Director | IBM | $347,987 | 44.38% | 3.00% | 3.00% |

## Actual and Projected Employment With Damages

| From | To | Occupation | Employer | Initial Salary | Benefits % | Pre-Trial Growth | Post-Trial Growth |
|------|-----|-----------|----------|---------------|-----------|-----------------|------------------|
| 06/23/20 | 09/14/20 | Unemployed | Colorado DOL | $29,252 | 0.00% | 0.00% | 0.00% |
| 09/15/20 | 12/31/20 | VP of Product Management and BD | EOX Vantage | $200,000 | 44.38% | 0.00% | 0.00% |
| 09/15/20 | 09/16/20 | VP of Product Management and BD | EOX Vantage - Signing Bonus | $12,000 | 0.00% | 0.00% | 0.00% |
| 01/01/21 | 05/15/21 | VP of Product Management and BD | EOX Vantage | $71,623 | 44.38% | 0.00% | 0.00% |
| 05/16/21 | 07/19/21 | Unemployed | Colorado DOL | $29,252 | 0.00% | 0.00% | 0.00% |
| 07/20/21 | 12/31/21 | VP of Product | Section | $105,866 | 44.38% | 0.00% | 0.00% |
| 01/01/22 | 03/07/30 | VP of Product | Section | $225,000 | 44.38% | 0.00% | 3.00% |

## Pre-Trial Lost Income

| Period | From | To | Income | Benefits | Total Uninjured | Income | Benefits | Total Injured | Loss | Present Value |
|--------|------|-----|--------|----------|----------------|--------|----------|--------------|------|--------------|
| 1 | 06/22/20 | 12/31/20 | $183,501 | $81,438 | $264,939 | $77,730 | $26,191 | $103,921 | $161,018 | $166,647 |
| 2 | 01/01/21 | 12/31/21 | $358,427 | $159,070 | $517,496 | $182,698 | $78,770 | $261,468 | $256,028 | $259,858 |
| 3 | 01/01/22 | 09/30/22 | $274,076 | $121,635 | $395,711 | $168,288 | $74,686 | $242,974 | $152,738 | $152,738 |
| **Total** | **06/22/20** | **09/30/22** | **$816,004** | **$362,143** | **$1,178,147** | **$428,716** | **$179,647** | **$608,363** | **$569,784** | **$579,243** |

## Post-Trial Lost Income

| Period | From | To | Income | Benefits | Total Uninjured | Income | Benefits | Total Injured | Loss | Present Value |
|--------|------|-----|--------|----------|----------------|--------|----------|--------------|------|--------------|
| 1 | 10/01/22 | 12/31/22 | $93,053 | $41,297 | $134,351 | $56,712 | $25,169 | $81,881 | $52,469 | $52,141 |
| 2 | 01/01/23 | 12/31/23 | $380,255 | $168,757 | $549,012 | $231,750 | $102,851 | $334,601 | $214,411 | $207,904 |
| 3 | 01/01/24 | 12/31/24 | $391,662 | $173,820 | $565,482 | $238,703 | $105,936 | $344,639 | $220,844 | $209,072 |
| 4 | 01/01/25 | 12/31/25 | $403,412 | $179,034 | $582,447 | $245,864 | $109,114 | $354,978 | $227,469 | $210,366 |
| 5 | 01/01/26 | 12/31/26 | $415,515 | $184,405 | $599,920 | $253,239 | $112,388 | $365,627 | $234,293 | $211,780 |
| 6 | 01/01/27 | 12/31/27 | $427,980 | $189,938 | $617,918 | $260,837 | $115,759 | $376,596 | $241,322 | $213,313 |
| 7 | 01/01/28 | 12/31/28 | $440,820 | $195,636 | $636,455 | $268,662 | $119,232 | $387,894 | $248,561 | $214,962 |
| 8 | 01/01/29 | 12/31/29 | $454,044 | $201,505 | $655,549 | $276,722 | $122,809 | $399,531 | $256,028 | $216,726 |
| 9 | 01/01/30 | 12/31/30 | $82,541 | $36,632 | $119,173 | $50,305 | $22,326 | $72,631 | $46,542 | $38,582 |
| **Total** | **10/01/22** | **01/14/42** | **$3,089,283** | **$1,371,024** | **$4,460,306** | **$1,882,793** | **$835,584** | **$2,718,377** | **$1,741,929** | **$1,574,847** |

Original Report                                     Exhibit 1                                     Page 040

**Original Report**                     **Exhibit 1**                     Exhibit C

# Other Damages

## Summary of Other Damages

| Start | End | Type* | Description | Vendor | Amount | Growth | Occurs |
|-------|-----|-------|-------------|--------|--------|--------|--------|
| 06/22/20 | 06/22/20 | E | Forfeit of Unvested RSU's | IBM | $94,071.00 | | Once |

\* E = Expense, R = Reimbursement

## Pre-Trial Other Damages

| Period | From | To | Loss of Unvested RSU's | Present Value |
|--------|------|-----|------------------------|---------------|
| 1 | 06/22/20 | 12/31/20 | $94,071 | $97,360 |
| **Total** | **06/22/20** | **09/30/22** | **$94,071** | **$97,360** |

# Michael Sauro

## General Information

| | |
|---|---|
| Damages Date: | 6/30/2018 |
| Trial or Settlement Date: | 10/1/2022 |
| Interest Rate (Past Damages): | 2.00% |
| Discount Rate (Future Damages): | 2.50% |
| Periodic Compounding: | Annually |
| Present Value Interest Calculation: | Simple Interest |

## Plaintiff Information

| | |
|---|---|
| Gender: | Male |
| Race: | White |
| Birth Date: | 11/8/1954 |
| Age at Injury: | 63.64 |
| Projected Retirement Age*: | 70.00 |
| Projected Age at Death**: | 82.69 |

\*　Mr. Sauro has stated that it was his intention to remain employed by IBM until age 70.

\*\*　Life expectancy calculated for white men. Study used: United States Life Tables, 2017 by Elizabeth Arias, Ph.D., and Jiaquan Xu, M.D., Division of Vital Statistics, National Vital Statistics Reports, Volume 68, Number 7, June 24, 2019.

## Damages Summary

| | Future Values | | Present Values | |
|---|---|---|---|---|
| | **Pre-Trial** | **Post-Trial** | **Pre-Trial** | **Post-Trial** |
| Lost Income | $870,357 | $433,954 | $899,606 | $417,991 |
| Lost Fringe Benefits | $388,861 | $192,589 | $401,918 | $185,505 |
| Subtotal: Lost Earnings | $1,259,217 | $626,542 | $1,301,524 | $603,496 |
| Other Damages | $0 | $0 | $0 | $0 |
| Total Damages | $1,259,217 | $626,542 | $1,301,524 | $603,496 |
| **Grand Total Damages** | **$1,885,760** | | **$1,905,020** | |

**Original Report**                     **Exhibit 1**                     Exhibit C

# Lost Income

## Projected Employment Without Damages

| From | To | Occupation | Employer | Initial Salary | Benefits % | Pre-Trial Growth | Post-Trial Growth |
|------|-----|-----------|----------|----------------|-----------|-----------------|------------------|
| 06/30/18 | 11/08/24 | Director | IBM | $205,934 | 44.38% | 0.00% | 0.00% |

## Actual and Projected Employment With Damages

| From | To | Occupation | Employer | Initial Salary | Benefits % | Pre-Trial Growth | Post-Trial Growth |
|------|-----|-----------|----------|----------------|-----------|-----------------|------------------|
| 01/01/20 | 12/31/20 | Nonemployee Compensation | Sedera, Inc. | $4,250 | 0.00% | 0.00% | 0.00% |
| 01/01/21 | 12/31/21 | Nonemployee Compensation | Sedera, Inc. | $1,600 | 0.00% | 0.00% | 0.00% |

## Pre-Trial Lost Income

| Period | From | To | Income | Benefits | Total Uninjured | Income | Benefits | Total Injured | Loss | Present Value |
|--------|------|-----|--------|----------|----------------|--------|----------|--------------|------|--------------|
| 1 | 06/30/18 | 12/31/18 | $104,378 | $46,323 | $150,700 | $0 | $0 | $0 | $150,700 | $161,997 |
| 2 | 01/01/19 | 12/31/19 | $205,934 | $91,394 | $297,328 | $0 | $0 | $0 | $297,328 | $313,668 |
| 3 | 01/01/20 | 12/31/20 | $205,934 | $91,394 | $297,328 | $4,250 | $0 | $4,250 | $293,078 | $303,323 |
| 4 | 01/01/21 | 12/31/21 | $205,934 | $91,394 | $297,328 | $1,600 | $0 | $1,600 | $295,728 | $300,151 |
| 5 | 01/01/22 | 09/30/22 | $154,027 | $68,357 | $222,385 | $0 | $0 | $0 | $222,385 | $222,385 |
| Total | 06/30/18 | 09/30/22 | $876,207 | $388,861 | $1,265,067 | $5,850 | $0 | $5,850 | $1,259,217 | $1,301,524 |

## Post-Trial Lost Income

| Period | From | To | Income | Benefits | Total Uninjured | Income | Benefits | Total Injured | Loss | Present Value |
|--------|------|-----|--------|----------|----------------|--------|----------|--------------|------|--------------|
| 1 | 10/01/22 | 12/31/22 | $51,907 | $23,036 | $74,943 | $0 | $0 | $0 | $74,943 | $74,474 |
| 2 | 01/01/23 | 12/31/23 | $205,934 | $91,394 | $297,328 | $0 | $0 | $0 | $297,328 | $288,303 |
| 3 | 01/01/24 | 12/31/24 | $176,113 | $78,159 | $254,272 | $0 | $0 | $0 | $254,272 | $240,719 |
| Total | 10/01/22 | 07/18/37 | $433,954 | $192,589 | $626,542 | $0 | $0 | $0 | $626,542 | $603,496 |

**Original Report**                     **Exhibit 1**                     **Page 043**

**Exhibit 1** Exhibit C

# Charles Townsley

## General Information

| | |
|---|---|
| Damages Date: | 6/16/2018 |
| Trial or Settlement Date: | 10/1/2022 |
| Interest Rate (Past Damages): | 2.00% |
| Discount Rate (Future Damages): | 2.50% |
| Periodic Compounding: | Annually |
| Present Value Interest Calculation: | Simple Interest |

## Plaintiff Information

| | |
|---|---|
| Gender: | Male |
| Race: | White |
| Birth Date: | 7/15/1961 |
| Age at Injury: | 56.92 |
| Projected Retirement Age*: | 67.39 |
| Projected Age at Death**: | 81.08 |

\*   Worklife expectancy calculated for all men active in the workforce with a master's degree. Study used: The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors, Gary R. Skoog, James E. Ciecka and Kurt V. Krueger, Journal of Forensic Economics, 22(2), 2011.

\*\*  Life expectancy calculated for white men. Study used: United States Life Tables, 2017 by Elizabeth Arias, Ph.D., and Jiaquan Xu, M.D., Division of Vital Statistics, National Vital Statistics Reports, Volume 68, Number 7, June 24, 2019.

**Exhibit 1**

# Damages Summary

| | Future Values | | Present Values | |
|---|---|---|---|---|
| | **Pre-Trial** | **Post-Trial** | **Pre-Trial** | **Post-Trial** |
| Lost Income | $865,193 | $856,297 | $900,132 | $789,914 |
| Lost Fringe Benefits | $398,655 | $380,025 | $414,995 | $350,564 |
| Subtotal: Lost Earnings | $1,263,849 | $1,236,322 | $1,315,127 | $1,140,478 |
| Other Damages | $0 | $0 | $0 | $0 |
| Total Damages | $1,263,849 | $1,236,322 | $1,315,127 | $1,140,478 |
| **Grand Total Damages** | **$2,500,171** | | **$2,455,604** | |

**Original Report**  **Exhibit 1**  Exhibit C

# Lost Income

## Projected Employment Without Damages

| From | To | Occupation | Employer | Initial Salary | Benefits % | Pre-Trial Growth | Post-Trial Growth |
|------|-----|-----------|----------|---------------|-----------|------------------|-------------------|
| 06/16/18 | 12/04/28 | Manager | IBM | $350,000 | 44.38% | 0.00% | 0.00% |

## Actual and Projected Employment With Damages

| From | To | Occupation | Employer | Initial Salary | Benefits % | Pre-Trial Growth | Post-Trial Growth |
|------|-----|-----------|----------|---------------|-----------|------------------|-------------------|
| 06/16/18 | 12/31/18 | Unemployed | Texas Workforce Commission | $2,964 | 0.00% | 0.00% | |
| 01/01/19 | 12/31/19 | Contractor | APC Workforce Solutions II LLC | $24,192 | 0.00% | 0.00% | 0.00% |
| 01/01/19 | 12/31/19 | Unemployed | Texas Workforce Commission | $5,928 | 0.00% | 0.00% | 0.00% |
| 01/01/19 | 12/31/19 | Manager | Oracle | $91,741 | 44.38% | 0.00% | 0.00% |
| 01/01/20 | 12/31/20 | Manager | Oracle | $180,515 | 44.38% | 0.00% | 0.00% |
| 01/01/21 | 12/04/28 | Manager | Oracle | $189,977 | 44.38% | 0.00% | 3.00% |

## Pre-Trial Lost Income

| Period | From | To | Income | Benefits | Total Uninjured | Income | Benefits | Total Injured | Loss | Present Value |
|--------|------|-----|--------|----------|-----------------|--------|----------|---------------|------|---------------|
| 1 | 06/16/18 | 12/31/18 | $190,822 | $84,687 | $275,509 | $2,964 | $0 | $2,964 | $272,545 | $292,974 |
| 2 | 01/01/19 | 12/31/19 | $350,000 | $155,330 | $505,330 | $121,861 | $40,715 | $162,576 | $342,754 | $361,592 |
| 3 | 01/01/20 | 12/31/20 | $350,000 | $155,330 | $505,330 | $180,515 | $80,113 | $260,628 | $244,702 | $253,257 |
| 4 | 01/01/21 | 12/31/21 | $350,000 | $155,330 | $505,330 | $189,977 | $84,312 | $274,289 | $231,041 | $234,497 |
| 5 | 01/01/22 | 09/30/22 | $261,781 | $116,178 | $377,959 | $142,092 | $63,061 | $205,153 | $172,806 | $172,806 |
| **Total** | **06/16/18** | **09/30/22** | **$1,502,603** | **$666,855** | **$2,169,458** | **$637,409** | **$268,200** | **$905,609** | **$1,263,849** | **$1,315,127** |

## Post-Trial Lost Income

| Period | From | To | Income | Benefits | Total Uninjured | Income | Benefits | Total Injured | Loss | Present Value |
|--------|------|-----|--------|----------|-----------------|--------|----------|---------------|------|---------------|
| 1 | 10/01/22 | 12/31/22 | $88,219 | $39,152 | $127,371 | $48,243 | $21,410 | $69,653 | $57,718 | $57,357 |
| 2 | 01/01/23 | 12/31/23 | $350,000 | $155,330 | $505,330 | $197,140 | $87,491 | $284,630 | $220,700 | $214,001 |
| 3 | 01/01/24 | 12/31/24 | $350,000 | $155,330 | $505,330 | $203,054 | $90,115 | $293,169 | $212,161 | $200,853 |
| 4 | 01/01/25 | 12/31/25 | $350,000 | $155,330 | $505,330 | $209,145 | $92,819 | $301,964 | $203,366 | $188,075 |
| 5 | 01/01/26 | 12/31/26 | $350,000 | $155,330 | $505,330 | $215,420 | $95,603 | $311,023 | $194,307 | $175,636 |
| 6 | 01/01/27 | 12/31/27 | $350,000 | $155,330 | $505,330 | $221,882 | $98,471 | $320,354 | $184,976 | $163,507 |
| 7 | 01/01/28 | 12/31/28 | $324,180 | $143,871 | $468,052 | $211,218 | $93,739 | $304,957 | $163,094 | $141,048 |
| **Total** | **10/01/22** | **08/14/42** | **$2,162,400** | **$959,673** | **$3,122,072** | **$1,306,102** | **$579,648** | **$1,885,750** | **$1,236,322** | **$1,140,478** |

**Original Report**  **Exhibit 1**  **Page 046**