**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| CHARLES TOWNSLEY, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 1:20-cv-00969-DAE |
| | ) | |
| INTERNATIONAL BUSINESS | ) | |
| MACHINES CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S**
**REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE EXPERT REPORT AND**
**<u>TESTIMONY OF MARK RAMBIN</u>**

# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| CHARLES TOWNSLEY, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 1:20-cv-00969-DAE |
| | ) | |
| INTERNATIONAL BUSINESS | ) | |
| MACHINES CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF ANDREW BROADAWAY**

1.      I am a Partner at Cornell Smith Mierl Brutocao Burton, LLP.  I am serving as counsel of record for Defendant International Business Machines Corporation ("IBM") in the above-captioned matter.  I make this statement based on my personal knowledge and familiarity with the discovery documents in this matter.  I am over 18 years old and am otherwise competent to make this declaration.

2.      Attached as Exhibit A to this declaration is a true and correct copy of excerpts of the deposition transcript of Michael Sauro, which was taken on November 30, 2021.

My full name is Andrew Broadaway, and my work address is Cornell Smith Mierl Brutocao Burton, LLP, 1607 West Avenue, Austin, Texas 78701.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Travis County, State of Texas, on the 24th day of June, 2022.

Signed: _____*/s/Andrew Broadaway*_____
Andrew Broadaway

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| CHARLES TOWNSLEY, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 1:20-cv-00969-DAE |
| | ) | |
| INTERNATIONAL BUSINESS | ) | |
| MACHINES CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S**
**REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE EXPERT REPORT AND**
**<u>TESTIMONY OF MARK RAMBIN</u>**

# EXHIBIT A to Exhibit 1

# Transcript of the Testimony of
# **Michael Sauro**

November 30, 2021

Charles Townsley, et al. v. International Business Machines Corporation

Givens Court Reporting
sgivens@austin.rr.com
(512) 301-7088

## Page 1

```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TEXAS
                   AUSTIN DIVISION

CHARLES TOWNSLEY, MICHAEL    §
SAURO, WALTER NOFFSINGER,    §
ROSA DAVIDSON, MICHAEL       §
KELLY, TITON HOQUE, JANET    §
GELPHMAN, THANH DO,          §
                             §
        Plaintiffs,          §    CASE NUMBER
                             § 1:20-CV-00969-LY
v.                           §
                             §
INTERNATIONAL BUSINESS       §
MACHINES CORPORATION,        §
                             §
        Defendants.          §

    *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

      THE VIDEOTAPED ORAL DEPOSITION OF
                MICHAEL SAURO
              November 30, 2021

    *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

        THE VIDEOTAPED ORAL DEPOSITION OF MICHAEL
SAURO, produced as a witness at the instance of the
Defendant and duly sworn, was taken in the above styled
and numbered cause on the 30th day of November 2021,
from 9:35 a.m. to 11:46 a.m. and from 12:46 p.m. to
2:44 p.m., respectively, before Sandra S. Givens, CSR,
in and for the State of Texas, reported by machine
shorthand method at the law offices of Wright &
```

## Page 2

```
1   Greenhill, 900 Congress Avenue, Suite 500, Austin,
2   Texas 78701,  pursuant to the Federal Rules of Civil
3   Procedure.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
1              A P P E A R A N C E S
2
3   FOR THE PLAINTIFFS:
4      Ms. Heidi A. Coughlin
       WRIGHT & GREENHILL, PC
5      900 Congress Avenue
       Suite, 500
6      Austin, Texas 78701
       (512) 476-4600
7      hcoughlin@w-g.com

8      Mr. Austin Harris Kaplan
       KAPLAN LAW FIRM, PLLC
9      2525 Wallingwood Drive
       Building 14
10     Austin, Texas 78746
       (512) 553-9390
11     akaplan@kaplanlawatx.com
       (Via Speakerphone)
12
    FOR THE DEFENDANT:
13
       Mr. Edward M. "Ted" Smith
14     CORNELL SMITH MIERL BRUTOCAO BURTON, LLP
       1607 West Avenue
15     Austin, Texas 78701
       (512) 328-1540
16     tsmith@cornellsmith.com
17
    VIDEOGRAPHER:
18
       Mr. Hank Wisrodt
19     3stix Productions
20
21
22
23
24
25
```

## Page 4

```
1                  I N D E X
2
   Appearances - - - - - - - - - - - - - - - - - - - 3
3
   Exhibits - - - - - - - - - - - - - - - - - - - - - 4
4
   MICHAEL SAURO
5
     Examination by Mr. Smith - - - - - - - - - - - - 6
6
   Changes and Signature - - - - - - - - - - - - - 169
7
   Reporter's Certification - - - - - - - - - - - - 171
8
9
10
               E X H I B I T S
11  NO.  DESCRIPTION                           PAGE
12  Exhibit 1 - - - - - - - - - - - - - - - - - - 44
      Plaintiff Michael Sauro's Responses to
13    Defendant's Request for Production of
      Documents
14
15    Exhibit 2 - - - - - - - - - - - - - - - - - - 53
      Plaintiff's First Amended Complaint
16  Exhibit 3 - - - - - - - - - - - - - - - - - - 56
      Plaintiff Michael Sauro's Answers to
17    Defendant's First Set of Interrogatories
18  Exhibit 4 - - - - - - - - - - - - - - - - - - 78
      IBM CONFIDENTIAL: 2017 Performance Assessment
19    for Michael Sauro
20  Exhibit 5 - - - - - - - - - - - - - - - - - 103
      2020 1099 from Sedera, Inc.
21
    Exhibit 6 - - - - - - - - - - - - - - - - - 106
22    2019 Tax History Report
23  Exhibit 7 - - - - - - - - - - - - - - - - - 108
      2016-2018 Tax Return Comparison
24
    Exhibit 8 - - - - - - - - - - - - - - - - - 110
25    2019 Federal Information Worksheet
```

GIVENS COURT REPORTING
6549 Fair Valley Trail, Austin, Texas 78749    (512) 301-7088    sgivens@austin.rr.com

| | | |
|---|---|---|
| 1 | Exhibit 9 - - - - - - - - - - - - - - - - - - - 112 | |
| 2 | 2019 Personal Information Worksheet for the | |
| | Taxpayer | |
| 3 | Exhibit 10 - - - - - - - - - - - - - - - - - - 114 | |
| | Michael Sauro Resume | |
| 4 | CONFIDENTIAL | |
| 5 | Exhibit 11 - - - - - - - - - - - - - - - - - - 123 | |
| | IBM Corporate Policy 117 - Workplace Diversity | |
| 6 | | |
| | Exhibit 12 - - - - - - - - - - - - - - - - - - 137 | |
| 7 | 3/29/18 RA Notification Email from Kimberly | |
| | Siegel to Michael Sauro with Attachments | |
| 8 | CONFIDENTIAL | |
| 9 | Exhibit 13 - - - - - - - - - - - - - - - - - - 146 | |
| | IBM CONFIDENTIAL - Guidelines for Completing | |
| 10 | U.S. Identification Worksheet - January 2018. | |
| | January 2020. Worksheet re: Michael Sauro | |
| 11 | Prepared/Approved by Kim Siegel; Reviewed/ | |
| | Approved by William Kribbs | |
| 12 | | |
| | Exhibit 14 - - - - - - - - - - - - - - - - - - 155 | |
| 13 | Job Application Emails from Schwab, Conduent, | |
| | Amazon, Whole Foods Market, Indeed | |
| 14 | | |
| | Exhibit 15 - - - - - - - - - - - - - - - - - - 156 | |
| 15 | IBM Job Posting Preview, Program Manager - | |
| | Object Storage | |
| 16 | CONFIDENTIAL | |
| 17 | Exhibit 16 - - - - - - - - - - - - - - - - - - 165 | |
| | EEOC Charge of Discrimination | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Page 5

---

1          VIDEOGRAPHER:  Here begins tape 1

2   of the video deposition of Michael Sauro.  Today's date

3   is November 30th, 2021, and the time is 9:35 a.m.  Will

4   counsel please identify themselves for the record?

5          MS. COUGHLIN:  Heidi Coughlin with

6   Wright & Greenhill on behalf of the plaintiff Michael

7   Sauro.

8          MR. SMITH:  Ted Smith on behalf of

9   the defendant IBM.

10          VIDEOGRAPHER:  And will the court

11   reporter please swear in the witness.

12          (At this time the witness was

13   sworn in.)

14          MS. COUGHLIN:  Oh, madam court

15   reporter, before we get started I'd like to read and

16   sign, or my client would like to read and sign, and

17   then moving forward on all these depositions we'd like

18   to do that.  Thank you.  Go ahead.

19

20          MICHAEL SAURO,

21   having been first duly sworn, testified as follows:

22          EXAMINATION

23   BY MR. SMITH:

24      Q    Thank you.  Mr. Sauro, Good morning.

25      A    Good morning.

Page 6

---

1      Q    My name is Ted Smith, and I represent IBM in

2   a lawsuit that's been brought by yourself and a couple

3   of other employees.  Our purpose here today is for me

4   to ask you some questions under oath about your

5   understanding of your case, your experiences at IBM and

6   that kind of thing.

7      A    Okay.

8      Q    And do you understand that you are under oath

9   this morning?

10      A    I do.

11      Q    And although we're sitting in your attorney's

12   conference room in her office, do you understand that

13   your testimony here today carries the same weight as if

14   we were sitting in a courtroom?

15      A    I do.

16      Q    Have you ever had your deposition taken

17   before?

18      A    I have.

19      Q    What, in what kind of case?

20      A    When I was getting a divorce.

21      Q    And when was that?

22      A    2017, I believe.

23      Q    And so you've been through this process

24   before?

25      A    Yes.

Page 7

---

1      Q    Did that divorce matter go to trial?

2      A    No.

3      Q    Are you married currently?

4      A    No.

5      Q    Do you have any children?

6      A    Yes.

7      Q    Are you still financially responsible for

8   them in any way?

9      A    No.

10      Q    So since I know you've been through this

11   process before I won't bore you too much with the

12   ground rules, but I just want to make sure that we're

13   on the same page on it.

14      A    Okay.

15      Q    You're doing a good job of answering

16   verbally.  It's very important to do that so that the

17   court reporter here can take down everything that

18   you're saying.  It's very difficult for her to take

19   down a nod of the head or something like that.

20      A    Okay.

21      Q    Likewise, it's very difficult for her also to

22   take down a response such as uh-huh or huh-uh, things

23   like that.

24      A    Okay.

25      Q    So to the extent that you can, if you can

Page 8

GIVENS COURT REPORTING
6549 Fair Valley Trail, Austin, Texas 78749   (512) 301-7088   sgivens@austin.rr.com

1    recessed for lunch, continuing at 12:46 p.m.)
2              VIDEOGRAPHER:  We are back on the
3    record at 12:46.  This begins tape 3.
4        Q    (By Mr. Smith)  Mr. Sauro, have you had an
5    opportunity to take a break?
6        A    Yes.
7        Q    Are you ready to proceed?
8        A    I am.
9        Q    And I would just remind you that you're still
10   under oath.
11       A    Okay.
12       Q    Where are you currently working?
13       A    I am not working.  I was at Sedera, and in
14   August they notified me that they were rolling off all
15   their vendors.
16       Q    And what, what does Sedera do?
17       A    They are -- it's hard to explain, but it's
18   like a -- it's, it's an -- it's kind of like a
19   healthcare insurance company, but it really isn't.
20   They don't want to be known as an insurance company,
21   but it's the best way to understand what they do.
22              MS. COUGHLIN:  I'm sorry.  We have
23   to get off so that I can --
24              MR. SMITH:  Sure.
25              VIDEOGRAPHER:  Do you want to go

Page 101

1        Q    Were -- did you charge them a fee?  Did they
2    give you a salary?
3        A    Oh, yes.  An, an hourly rate.
4                  (Exhibit No. 5 marked.)
5        Q    (By Mr. Smith)  So Mr. Sauro, I've handed you
6    what's been marked as Exhibit No. 5.  Have you seen
7    that document before?
8        A    Yes, I have.
9        Q    Is this a tax document from 2020 that you
10   provided?
11       A    Yes.
12       Q    And it shows compensation in 2020 of $4,250;
13   is that correct?
14       A    Yes.
15       Q    Is that the amount of money that you earned
16   providing services to Sedera?
17       A    Yes.
18       Q    We haven't received any updated information,
19   that I'm aware of, for 2021.  Do you have an estimate
20   as to how much you made in 2021 with Sedera?
21       A    I don't have an estimate.
22       Q    Did you work anywhere else besides Sedera
23   in -- since you've been employed at IBM?
24       A    No.
25       Q    When you left IBM did you apply for

Page 103

1    off the record?
2              MS. COUGHLIN:  Just a...
3              VIDEOGRAPHER:  Off the record at
4    12:47.
5                  (At this time the proceedings went
6    momentarily off the record.)
7              VIDEOGRAPHER:  We're back on the
8    record at 12:48.
9        Q    (By Mr. Smith)  And what kind of work did you
10   do for Sedera?
11       A    So I was hired to, I would say, to do two
12   things:  One was to mentor the project managers, and
13   the other thing was to help them make some process
14   improvements.
15       Q    Okay.  And were you hired as an employee or
16   as a contractor?
17       A    Contractor.
18       Q    And how long did you provide contracting
19   services for Sedera?
20       A    I started in January of 2020.
21       Q    And you worked there -- or you provided
22   services there until just recently?
23       A    Till August.  Yes.
24       Q    Okay.  How were you paid there?
25       A    Can -- I'm not sure what you mean by "how."

Page 102

1    unemployment benefits?
2        A    Yes, I did.
3        Q    Did you receive them?
4        A    Yes, I did.
5        Q    Do you know how much you received?
6        A    I do not.
7        Q    Do you know if you received the enhanced
8    federal benefits due to COVID?
9        A    No.  I think my unemployment ended before
10   that, before the COVID hit.
11       Q    Okay.  Other than the unemployment benefits,
12   did you have any other source of income -- well, let's,
13   let's start in -- between 2018 and 2019?
14       A    At some point I started collecting a pension
15   from IBM.
16       Q    How much do you get monthly for the pension?
17       A    Three -- approximately $3,000.
18       Q    $3,000 per month?
19       A    Per month.
20       Q    Okay.  So approximately $36,000 per year?
21       A    Yes.
22       Q    And is that a lifetime pension?
23       A    I believe it is.
24       Q    Have you withdrawn any money from any
25   retirement vehicles that you have?

Page 104

26 (Pages 101 to 104)

```
1              CHANGES AND INSERTIONS
2                  MICHAEL SAURO
3               November 30, 2021
4
5  PAGE   LINE   CHANGE                    REASON
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 _____
```

Page 169

```
1            IN THE UNITED STATES DISTRICT COURT
2           FOR THE WESTERN DISTRICT OF TEXAS
                        AUSTIN DIVISION
3
   CHARLES TOWNSLEY, MICHAEL    §
4  SAURO, WALTER NOFFSINGER,    §
   ROSA DAVIDSON, MICHAEL       §
5  KELLY, TITON HOQUE, JANET    §
   GELPHMAN, THANH DO,          §
6                               §
        Plaintiffs,             §      CASE NUMBER
7                               §  1:20-CV-00969-LY
   v.                           §
8                               §
   INTERNATIONAL BUSINESS       §
9  MACHINES CORPORATION,        §
                                §
10     Defendants.              §
11         REPORTER'S CERTIFICATION OF THE
12         ORAL DEPOSITION OF MICHAEL SAURO
13              November 30, 2021
14     I, Sandra S. Givens, Certified Shorthand Reporter
15 in and for the State of Texas, hereby certify to the
16 following:
17     That the witness, MICHAEL SAURO, was duly sworn by
18 the officer and that the transcript of the oral
19 deposition is a true record of the testimony given by
20 the witness;
21     That the original deposition transcript was
22 submitted to: MICHAEL SAURO in care of his attorney,
23 Heidi A. Coughlin;
24     That a copy of this certificate was served on all
25 parties and/or the witness shown herein on  December 6,
```

Page 171

```
1            ACKNOWLEDGMENT OF DEPONENT
2
3     I, MICHAEL SAURO, do hereby certify that I have
4  read the foregoing pages and that the same is a correct
5  transcription of the answers given by me to the
6  questions therein propounded, except for the
7  corrections or changes in form or substance, if any,
8  noted in the attached Changes and Insertions page
9  (Errata).
10
11
12
13              MICHAEL SAURO
14
15              DATE
16
17
18
19
20
21
22
23
24
25
```

Page 170

```
1  2021.
2      I further certify that pursuant to FRCP Rule
3  30(f)(1) that the signature of the deponent was
4  requested by the deponent's attorney before the
5  completion of the deposition and that the transcript be
6  returned within 30 days from the date of receipt.  If
7  returned, the attached Changes and Signature page
8  contains any changes and the reasons therefor:
9      That $        is the deposition officer's
10 charges to the Defendant for preparing the original
11 deposition transcript and any copies of exhibits;
12     That the amount of time used by each party at the
13 deposition is as follows:
14     Edward M. (Ted) Smith - 3 hours, 23 minutes
        Heidi A. Coughlin - 0 minutes
15     Austin Harris Kaplan - 0 minutes
16     That pursuant to information given to the
17 deposition officer at the time said testimony was
18 taken, the following includes counsel for all parties
19 of record:
20     Edward M. (Ted) Smith - Attorney for Defendant
        Heidi A. Coughlin - Attorney for Plaintiffs
21     Austin Harris Kaplan - Attorney for Plaintiffs
22     I further certify that I am neither counsel for,
23 related to, nor employed by any of the parties or
24 attorneys in the action in which this proceeding was
25 taken, and further, that I am not financially or
```

Page 172

43  (Pages 169 to 172)

```
 1  otherwise interested in the outcome of the action.
 2       Certified to by me this 6th day of December 2021.
 3
                    GIVENS COURT REPORTING
 4                  6549 Fair Valley Trail
                    Austin, Texas 78749
 5                  (512) 301-7088
 6
 7
 8                  SANDRA S. GIVENS, CSR
                    Certification No. 5000
 9  # sg-1913      Certificate Expires 1/31/22
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 173

44 (Page 173)