IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CHARLES TOWNSLEY, MICHAEL SAURO, WALTER NOFFSINGER, ROSA DAVIDSON, MICHAEL KELLY, TITON HOQUE, JANET GELPHMAN, THANH DO<br><br>Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No.: 1:20-cv-00969-LY<br>§<br>§<br>§<br>§<br>§<br>§ |

**PLAINTIFFS' ADVISORY TO THE COURT REGARDING PLAINTIFFS' RESPONSE TO IBM'S MOTION FOR PROTECTIVE ORDER TO LIMIT SCOPE OF 30(B)(6) DEPOSITION**

TO THE HONORABLE JUDGE OF SAID COURT:

1.  Counsel for Plaintiffs, Charles Townsley, Michael Sauro, Walter Noffsinger, Rosa Davidson, Michael Kelly, Titon Hoque, Janet Gelphman and Thanh Do respectfully bring to this Court's attention three incorrect citations in footnotes 40, 41, and 42 of Plaintiffs' Response to IBM's Motion for Protective Order to Limit Scope of 30(b)(6) Deposition (hereinafter "Plaintiffs' Response").

2.  Plaintiffs do not file this Advisory for the purpose of further supplementing their pleadings related to Defendant's Motion for a Protective Order to Limit Scope of 30(b)(6) Deposition. Instead, the undersigned counsel submits this Advisory to inform this Court that the citation in footnote 40 of Plaintiffs' Response should state: **"*Hageman v. Accenture, LLP*, No. CV 10-1759 (RHK/TNL), 2011 WL 13136510 at \*2 (D. Minn. June 7, 2011) (emphasis added)."** Likewise, footnotes 41 and 42 should state **"*Id.* at \*2-3"** and **"*Id.*"** respectively.

---

*Plaintiffs' Advisory to the Court*

Respectfully submitted,

WRIGHT & GREENHILL, P.C.
4700 Mueller Blvd., Suite 200
Austin, Texas  78723
512/476-4600
512/476-5382 (Fax)

By:_____
    Heidi A. Coughlin
    State Bar No. 24059615
    hcoughlin@w-g.com
    Archie Carl Pierce
    State Bar No. 15991500
    cpierce@w-g.com
    Blair J. Leake
    State Bar No. 24081630
    bleake@w-g.com

and

By:_____
    Kaplan Law Firm
    Austin Kaplan
    State Bar No. 24072176
    akaplan@kaplanlawatx.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of June, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the Court and Defendants' counsel of record.

_____
Heidi A. Coughlin