IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHARLES TOWNSLEY, MICHAEL SAURO, WALTER NOFFSINGER, ROSA DAVIDSON, MICHAEL KELLY, TITON HOQUE, JANET GELPHMAN, THANH DO | § § § § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | NO: AU:20-CV-00969-DAE |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | § § § § | |
| Defendant. | § | |

**JOINT ADVISORY TO THE COURT REGARDING SETTLEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

The parties in this action, Charles Townsley, Michael Sauro, Walter Noffsinger, Rosa Davidson, Michael Kelly, Titon Hoque, Janet Gelphman, Thanh Do ("Plaintiffs) and Defendant International Business Machines Corporation ("IBM"), through their respective counsel submit the following joint advisory to the Court.

The parties have reached a conditional resolution, and Plaintiffs anticipate filing stipulations of dismissal pursuant to Fed. R. Civ. P. 41 within the next thirty (30) days.  As such, the parties respectfully request a stay of the above captioned proceeding, including suspension of all pending deadlines.  The parties agree that a stay will further the interests of judicial economy and efficiency and facilitate the final resolution of this matter.

Respectfully submitted,

WRIGHT & GREENHILL, P.C.
4700 Mueller Blvd., Suite 200
Austin, Texas  78723
512/476-4600
512/476-5382 (Fax)

By: _____
    Heidi A. Coughlin
    State Bar No. 24059615
    hcoughlin@w-g.com
    Archie Carl Pierce
    State Bar No. 15991500
    cpierce@w-g.com
    Blair J. Leake
    State Bar No. 24081630
    bleake@w-g.com

    and

By: */s/ Austin Kaplan*
    Kaplan Law Firm
    Austin Kaplan
    State Bar No. 24072176
    akaplan@kaplanlawatx.com

**ATTORNEYS FOR PLAINTIFFS**

Respectfully submitted,

CORNELL SMITH MIERL
BRUTOCAO BURTON, LLP
1607 West Avenue
Austin, Texas 78701
512/328-1540
512/328-1541 (Fax)

By: /s/ *Edward M. "Ted" Smith*
Edward M. "Ted" Smith
Texas Bar No. 00791682
tsmith@cornellsmith.com
Andrew Broadaway
Texas Bar No. 24082332
abroadaway@cornellsmith.com
Alan Lin
Texas Bar No. 24085435
alin@cornellsmith.com

**ATTORNEYS FOR DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of December, I electronically filed the foregoing Joint Advisory with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the Court and Defendants' counsel of record.

Heidi A. Coughlin