IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CHARLES TOWNSLEY, MICHAEL SAURO, WALTER NOFFSINGER, ROSA DAVIDSON, MICHAEL KELLY, TITON HOQUE, JANET GELPHMAN, THANH DO,<br><br>Plaintiffs,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant. | NO. 1:20-CV-969-DAE |

## ORDER FOR SETTLEMENT PAPERS

The matter before the Court is the status of this case. On December 5, 2022, the Court was noticed that the parties have reach a conditional resolution and they anticipate filing stipulations of dismissal in the next thirty days. (Dkt. # 122.) Thus, the parties have not filed any closing paperwork regarding the settlement. Accordingly, the Court **ORDERS** that:

(1) The parties shall submit a stipulation of dismissal or agreed judgment and any appropriate supporting documents on or before **Friday,**

**January 6, 2023**.  <u>If the parties are unable to submit those documents by that date, the parties should move for an extension of time to file the documents</u>.

(2)   All pretrial deadlines in this case are hereby **STAYED** pending the submission of the parties' stipulation of dismissal or agreed judgment, and any appropriate supporting documents.  These deadlines will be reinstated if the parties are unable to finalize their settlement of this case.

(3)   Any motions pending in this action are **DENIED WITHOUT PREJUDICE**, subject to re-urging should settlement fail.

(4)   Any court settings in the case are **CANCELLED**.

No extensions of the above deadlines shall be granted except upon a showing of good cause.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, December 6, 2022.

_____
David Alan Ezra
Senior United States District Judge