IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHARLES TOWNLSEY, ET AL., | § | No. 1:20-CV-969-DAE |
| Plaintiff, | § | |
| vs. | § | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION, | § | |
| Defendants. | § | |

ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the parties' Stipulation of Dismissal with Prejudice. (Dkt. # 124.) The Stipulation informs the Court that the parties seek to dismiss with prejudice all claims in this suit. (Id.) Pursuant to the Stipulation, the Court hereby **ORDERS** that the case be **DISMISSED WITH PREJUDICE**, with each party to bear their own fees and costs, and each party waives any and all rights to appeal. The Clerk's Office is thereafter **INSTRUCTED** to **CLOSE THE CASE**.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, January 9, 2023.

_____
David Alan Ezra
Senior United States District Judge